# EXHIBIT C



Pg. 14, Bob Marley (cut out), **D9WH9D Superstock**

Pg. 20, Jamaican hot sauces (heavy crop), **ADGFJ7 Cuboimages srl**

Pg. 22, Goat racing Tobago, **B0HNY7 Imagestate Media Partners Limited-Impact Photos**

Pg. 25, Plane landing, St. Maarten, **BC1TCT Horizons WWP**

Still more to come...

NielsVK                                                                    #204

Forum newbie

Members
99 posts
Location Vancouver, BC
Images: 2188

Posted 17 January 2014 - 05:13 AM

L'actualité (Canada), February 2014

**AP0GXW Mark A. Johnson** (p. 13)

**BPEJ04 ITAR-TASS** (p. 22)

michael-hurst-kevin-sorbo-hercules-the-legendary-journeys-1995-bpf9nm.jpg 353×540 pixels                      11/2/16, 3:12 PM



www.alamy.com - BPF9NM

Kevin Sorbo Hercules: The Legendary Journeys (1995 Stock Photo, Royalty Free Image: 31068922 - Alamy                11/2/16, 4:23 PM

alamy
# alamy

Stock Photo - KEVIN SORBO HERCULES: THE LEGENDARY JOURNEYS (1995



Image ID: BPF8MA        Contributor: AF archive / Alamy Stock

Releases: Model - no | Property - no

**KEVIN SORBO HERCULES: THE LEGENDARY JOURNEYS (1995)**

File size: 1695 x 2623 px | 5.6 x 8.7 inches (300dpi) | 12.7 MB

Stock photo keywords

16, 1995, action, actor, adventure, ahead, christian, cinema, company, directed, film, films, hercules, january, journeys, kevin, legendary, looking, movie, movies, portrait, programme, screen, screenshot, series, shot, sorbo, television, tv, universal, williams

| Contributor | A.F. ARCHIVE |
|---|---|
| Reportage/Archival Image | |
| Date taken | 16th January 1995 |
| Digitally altered | No |

This image could have imperfections as it's either historical or reportage.

Description

KEVIN SORBO AS Hercules TELEVISION PROGRAMME TV SERIES HERCULES: THE LEGENDARY JOURNEYS DIRECTED BY CHRISTIAN WILLIAMS FILM COMPANY UNIVERSAL TV 16 January 1995 - ""WARNING"" This photograph is the copyright of the FILM/TV COMPANY and/or the photographer assigned by or authorised by/allowed on the set by the Film/TV Company at that time of this production & can only be reproduced by publications in conjunction with the promotion of the above TV programme. A Mandatory Credit To THE FILM/TV COMPANY (AND PHOTOGRAPHER IF KNOWN) is required.

http://www.alamy.com/stock-photo-kevin-sorbo-hercules-the-legendary-journeys-1995-31068922.html                Page 1 of 1

terry-farrell-star-trek-deep-space-nine-1993-bpe7fb.jpg 347×540 pixels

11/1/16, 4:30 PM



www.alamy.com - BPE7FB



www.alamy.com - BKBGPG

armin-shimerman-star-trek-deep-space-nine-1993-bpx7fe.jpg 346×560 pixels                    11/1/16, 4:50 PM



www.alamy.com - BPE7FE

http://l7.alamy.com/zooms/616cc77d534944f7db5e8ba616aa82e7d/armin-shimerman-star-trek-deep-space-nine-1993-bps7fe.jpg                    Page 1 of 1



www.alamy.com - BPE7FC

lucy-lawless-xena-warrior-princess-1995-efbh1t.jpg 406×540 pixels                                    11/1/16, 6:23 PM



www.alamy.com - EFBH1T



















lucy-lawless-xena-warrior-princess-1995-efbh1n.jpg 406×540 pixels

11/1/16, 0:25 PM



www.alamy.com – EFBH1N



david-duchovny-gillian-anderson-the-x-files-1993-fjhn82.jpg 375×540 pixels

11/2/16, 1:21 PM



www.alamy.com - FJHN82

http://i7.alamy.com/zooms/32d156c52eed48be8366a63fbb6691d9/david-duchovny-gillian-anderson-the-x-files-1993-fjhn82.jpg

Page 1 of 1

gillian-anderson-the-x-files-1993-fjhn7y.jpg 370×540 pixels

11/2/16, 1:21 PM



david-duchovny-gillian-anderson-the-x-files-1993-fjhn7w.jpg 375×540 pixels                                    11/2/16, 1:55 PM



www.alamy.com - FJHN7W

23

gillian-anderson-the-x-files-1993-fjhn85.jpg 373×560 pixels

11/2/16, 1:41 PM



www.alamy.com - FJHN85

http://l7.alamy.com/zooms/1c93912abd4146e4abdd3b30e2a61a90/gillian-anderson-the-x-files-1993-fjhn85.jpg

Page 1 of 1

