UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | : |
| Plaintiff, | : |
| -against- | : Civil Action No. |
| ALAMY INC., | : |
| Defendant. | : |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Michael Grecco Productions, Inc. (a non-governmental corporate party), states that there is no corporate parent and no publicly traded corporation that is a shareholder of Michael Grecco Productions, Inc.

Dated:  June 4, 2018         Respectfully submitted,

                                      DUANE MORRIS LLP

                                      By:    */s/ Jovalin Dedaj*
                                                   Jovalin Dedaj
                                                   1540 Broadway
                                                   New York, NY  10036-4086
                                                   Telephone: (212) 471-4760
                                                   Facsimile: (212) 208-4642
                                                   Email: JDedaj@duanemorris.com

                                                   Steven M. Cowley
                                                   (*Pro Hac Vice to be submitted*)
                                                   100 High Street, Suite 2400
                                                   Boston, MA 02110-1724
                                                   Telephone: (857) 488-4261
                                                   Facsimile: (857) 401-3090
                                                   Email: SWCowley@duanemorris.com

                                                 *Attorneys for Plaintiff*
                                                 *Michael Grecco Photography, Inc.*