

COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

BRITTANY L. KAPLAN-PETERSON
212 974 7474
BKAPLAN@CDAS.COM

FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
ANDY MILLER■
JANIS C. NELSON■
SIMON N. PULMAN*○
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF●*†

ADAM BEASLEY
ALISON E. BENSIMON
LINDSAY R. EDELSTEIN*
MIKAELA I. GROSS
DANIEL J. HALEY*
BRIANA HILL■
BENJAMIN JAFFE
BRITTANY L. KAPLAN-PETERSON
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
ANDREW C. TUNNARD

OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
   (1943-2001)
HOWARD ABRAHAMS
   (1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

August 23, 2018

**VIA U.S. MAIL & E-MAIL**
Steven M. Cowley, Esq.
Duane Morris LLP
100 High Street, Suite 2400
Boston, Massachusetts 02110-1724
*SMCowley@duanemorris.com*

Jovalin Dedaj, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
*JDedaj@duanemorris.com*

Re:     *Michael Grecco Productions, Inc. v. Alamy Inc.*, No. 1:18-cv-03260-PKC-JO

Dear Messrs. Cowley and Dedaj:

As you are aware, this firm is counsel to defendant Alamy Inc. in the above-captioned action. Pursuant to Judge Chen's Individual Rule 3.D ("Rule 3.D"), enclosed please find the following documents:

1. Alamy Inc.'s Motion to Dismiss Plaintiff's Complaint
2. Notice of Motion to Dismiss Plaintiff's Complaint
3. Declaration of Brittany L. Kaplan-Peterson dated August 23, 2018 in support of Alamy Inc.'s Motion to Dismiss Plaintiff's Complaint

In accordance with Rule 3.D, these documents will be filed electronically on the date the motion is fully briefed.

Sincerely yours,

*Brittany L. Kaplan-Peterson*

Brittany L. Kaplan-Peterson