UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ALAMY INC., <br><br> *Defendant.* | 1:18-cv-03260-PKC-JO <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Alamy Inc. hereby files its corporate disclosure statement.

Alamy Inc., a New York corporation, is a privately-held, wholly-owned subsidiary of Alamy Limited, which is a privately-owned, nongovernmental corporate United Kingdom entity. No publicly traded company owns 10% or more of Alamy Limited.

Dated: September 5, 2018
   New York, New York

COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP

By: _s/ Lindsay W. Bowen_____
   Lindsay W. Bowen
   Nancy E. Wolff
   Brittany L. Kaplan-Peterson
   41 Madison Avenue, 38th Floor
   New York, New York 10010
   Tel: (212) 974-7474
   Fax: (212) 974-8474
   LBowen@cdas.com
   NWolff@cdas.com
   BKaplan@cdas.com

*Attorneys for Defendant Alamy Inc.*