| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | STEVEN M. COWLEY | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 857 488 4261 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 857 401 3090 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* SMCowley@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | JOVALIN DEDAJ | MYANMAR |
| HOUSTON | DIRECT DIAL: +1 212 471 4760 | OMAN |
| AUSTIN | PERSONAL FAX: +1 212 208 4642 | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | *E-MAIL:* jdedaj@duanemorris.com | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | *www.duanemorris.com* | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

September 13, 2018

VIA REGULAR MAIL & E-MAIL

Brittany L. Kaplan-Peterson
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue
New York, New York 10010

   Re: <u>Michael Grecco Productions, Inc. v. Alamy Inc., No. 1:18-cv-03260-PKC-JO</u>

Dear Ms. Kaplan-Peterson:

  Pursuant to Judge Chen's Individual Rule 3.D ("Rule 3.D") and the Order dated August 2, 2018, I have enclosed the following documents:

1. Michael Grecco Productions, Inc.'s Memorandum of Law in Opposition to Alamy Inc.'s Motion to Dismiss; and,
2. Declaration of Steven M. Cowley in Opposition to Alamy Inc.'s Motion to Dismiss

  In accordance with Rule 3.D., these documents will be electronically filed on the date the motion is fully briefed.

                Respectfully,

                */s/ Jovalin Dedaj*

                Steven M. Cowley
                Jovalin Dedaj

SMC