UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ALAMY INC.,<br><br>*Defendant.* | 1:18-cv-03260-PKC-JO |

## DECLARATION OF BRITTANY L. KAPLAN-PETERSON

BRITTANY L. KAPLAN-PETERSON declares as follows:

1. I am associated with Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Alamy Inc. ("Defendant") in the above-captioned matter. I make this declaration in support of Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot of the website located at the URL https://discussion.alamy.com/topic/1683-have-you-found-any-alamy-photographs-january-2014/?page=9 as of June 4, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of the same website, located at the URL https://discussion.alamy.com/topic/1683-have-you-found-any-alamy-photographs-january-2014/?page=9, as of August 23, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2018
New York, New York

*Brittany L. Kaplan-Peterson*
BRITTANY L. KAPLAN-PETERSON

# Exhibit 1

Case 1:18-cv-03260-PKC-JO   Document 27   Filed 09/27/18   Page 2 of 5 PageID #: 174

https://discussion.alamy.com/topic/1683-have-you-found-any-alamy-photographs-january-2014/?page=9

**Michael Ventura**
Forum regular



Verified
2,653
1,615 posts
Location: Washington DC Area
Images: 7947
Joined Alamy: 27 Jan 2005

Posted January 17, 2014

USA, "The Ultimate Insider's Source" Caribbean Travel & Life 2014

Pg. 12 & 13, Aerial view of the Bahamas. **BR8A13 Bluegreen Pictures**



Pg. 14, Bob Marley (cut out), **D9WH9D Superstock**



Pg. 20, Jamaican hot sauces (heavy crop), **ADGFJ7 Cuboimages srl**



Pg. 22, Goat racing Tobago, **B0HNY7 Imagestate Media Partners Limited-Impact Photos**

# Exhibit 2

https://discussion.alamy.com/topic/1683-have-you-found-any-alamy-photographs-january-2014/?page=9

**Michael Ventura**
Forum regular



Verified
⬦ 2,735
1,602 posts
Location: Washington DC Area
Images: 7976
Joined Alamy: 27 Jan 2005

Posted January 17, 2014

USA, "The Ultimate Insider's Source" Caribbean Travel & Life 2014

Pg. 12 & 13, Aerial view of the Bahamas, BR8A13 Bluegreen Pictures



Pg. 20, Jamaican hot sauces (heavy crop), ADGFJ7 Cuboimages srl



Pg. 22, Goat racing Tobago, B0HNY7 Imagestate Media Partners Limited-Impact Photos



Pg. 25, Plane landing, St. Maarten, BC1TCT Horizons WWP