# EXHIBIT 2

alamy

# We are Alamy
Nice to meet you

# Board Members





**James West**
**CEO**

James is our CEO and co-founded the company back in 1999 with Mike Fischer. He loves technology and is the driving force behind loads of the exciting projects we work on at Alamy. As well as Alamy James also runs video monitoring company Manything, which turns spare smartphones and tablets into sophisticated video monitoring cameras.

**Mike Fischer**
**Chair**

Mike is our Chair and co-founded Alamy with James back in 1999. He also co-founded and was CEO of RM, the UK company that pioneered the use of technology in the classroom. He is founder of the Fischer Family Trust which runs projects in health and education. Working alongside Tim, James and John he develops the business strategy. He's also a chairman of Manything.





**Tim Pearson**
**Non-executive director**

Tim is our non-executive director; he has loads of experience in the technical world and after joining RM as a graduate in 1981 built his way up to the CEO position at the same company in 2001. He works with Mike, James and John to develop the business strategy and shares his wealth of knowledge with other members of our team. He's also a co founder of Manything.

**John Schilizzi**
**Chief Operating Officer**

John is our COO (Chief Operating Officer) and looks after the global operations at Alamy. He is the man in charge of keeping us all motivated and on track to achieve our goals. After training as a chartered accountant, John found his feet in the media and entertainment industry 21 years ago, starting off in the film business before moving to Alamy as CFO (Chief Financial Officer) in 2000.

## Senior Team





**Adam Goldberg**
**VP of Sales, North America**

Adam Goldberg is our VP of Sales for North America and leads our US Sales Team on key accounts and new business sales in the advertising, corporate, publishing and broadcast markets. Adam has built up over 20 years experience in the stock industry working at Corbis, Archive Films/Photos and FPG International before joining Alamy in 2012.

**Alan Capel**
**Head of Content**

Alan is Head of Content for both Alamy and Stockimo. He started his photo-career at Tony Stone (now Getty Images) in 1990 before joining Alamy in 2000. He's responsible for the millions of images on our site and the photographers and agencies who supply them. Alan and his team are committed to sourcing new content, improving the photographer experience and managing our relationship with contributors.





### James Hall
### Head of News

James heads up our Alamy Live News team and is responsible for what comes in and goes out of the live news feed every day. Before joining Alamy in 2010, James worked on numerous local, regional and national newspapers racking up over 20 years experience in the news industry.

### Kaldip Chohan
### Head of Development

Kaldip is our Head of Development, after studying Electronics and Telecommunications Engineering he decided to move away from this field to pursue a career in software development. With over 26 years experience in developing software and 16 of those in the stock photo industry, Kaldip leads our offshore team overseeing the design, planning and implementation of software projects across the company.





### Nick Hollingshead
### IT Services Manager

Nick is our IT Services Manager and is responsible for making sure our networks and data centres can store the millions of images we have on our site, whilst still providing a fast website and seamless online experience. With over 7 years experience working in the Alamy IT team, Nick works hard to provide the best possible service for everyone on the site, and is occasionally found crawling around under our desks and fixing a broken mouse!

### Rachel Wakefield
### Head of Sales

Rachel is our Head of Sales and stumbled on the stock image industry by chance when working at Oxford Scientific Films, editing and licensing wildlife video clips. Now with over 25 years experience in the stock industry she is responsible for leading the international sales team and global distributors. Her role also involves product development and innovation.



**Richard Taylor**
**Head of Projects**

Richard is our Head of Projects and SEO, his role
is to oversee all projects and product development
at Alamy and keep everything on track. He also
spends a lot of his time working with the SEO
team to get Alamy visible in search engines. Prior
to working at Alamy he worked at BT's research
labs, and then spent many years at RM in various
roles.



**Srinivas Paladugu**
**CTO, Alamy India**

Srini is our CTO (Chief Technical Officer) for India. He is responsible for the overall direction, implementation, coordination and support of all IT, design and development-related activities at our India office. Srini has more than 22 years of experience in the Technology Industry and plays an integral role in developing the growth of our India office.

## Buying from Alamy

Live news feed
Buy images and footage
Buy a print
Image categories
Latest imagery
Featured photographers
Photographer interviews
Alamy offers
Releases explained
Choosing files
Picture research
Alamy iQ
Stock Photo Themes
Footage gallery

## Selling on Alamy

Contributor homepage
Why Alamy
Sell images
Sell Live News
Sell vectors
100% students
Stockimo
FAQs
Forum

## Company

About us
Meet the team
In the news
Our Blog
Work for us
Site map
Our affiliate program
Our buyers

## Legal

Terms & conditions
Privacy policy
Contributor contract
Cookie policy
Credit account T&Cs
Get a credit account
Copyright complaints

## Get in touch

Contact info

Customers
866 671 7305
sales@alamy.com

Contributors
contributors@alamy.com