# EXHIBIT 7

Case 1:18-cv-03260-PKC-JO   Document 30-7   Filed 09/27/18   Page 2 of 2 PageID #: 247





Building a business we're proud of...

We want to create a business we can be proud of. To make this happen, we need brilliant people who are passionate and think differently. With a CEO and management team who make fast decisions, we have to be able to keep pace and evolve. At the heart of Alamy are a group of people who care about what they do and doing it really well. We're always ready to adapt to new situations and challenges to ensure that Alamy continues to provide excellent service and a unique product.

We're ethical, we like to think differently and we have a lot of passion. Think you'd fit in? Let us know - apply for one of our current opportunities or send us your résumé on the off-chance we have the perfect role waiting for you.

UK | US | India | Australia

Current jobs | Benefits | **Location** | Photos

### Address

Alamy Inc
20 Jay Street
Suite 848
Brooklyn
NY 11201
USA

### Get in touch

Customers
866 671 7305
sales@alamy.com

Contributors
contributors@alamy.com

Join over 165,000 subscriber

Copyright © 29/03/2018 Alamy Ltd. All rights reserved

128,618,048 stock photos, vectors and videos

Connect with us





Powered by PILOT

Accepted payment