UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| -against- | :    Civil Action No. 18-cv-03260-PKC-JO <br> : |
| ALAMY INC., | : <br> : |
| Defendant. | : <br> : <br> : |

## JOINT STATUS REPORT

Pursuant to this Court's order during the initial conference on April 25, 2019, Plaintiff Michael Grecco Productions, Inc. ("**Plaintiff**") and Defendant Alamy, Inc. ("**Defendant**") (collectively, the "**Parties**"), by and through their undersigned counsel, submit this Joint Status Report to advise the Court that the Parties jointly request the scheduling of a settlement conference with the Court.

Plaintiff reports that its principal, a California resident, already is scheduled to be in New York between June 18 and June 26, 2019. Defendant expects that a corporate representative will be able to attend any settlement conference scheduled during this time period; however, Plaintiff first proposed these dates to Defendant late this morning and it has not had sufficient time to confirm. In the event Defendant is not available on any dates between June 18 and June 26, 2019, it will notify the Court by 5:00 p.m. tomorrow, May 10, 2019. Accordingly, if there is availability in the Court's calendar, the Parties respectfully request that a settlement conference be scheduled during that nine-day period. If the Court's calendar does not permit the scheduling of a settlement conference during that period, Plaintiff further reports that its principal is

scheduled to be out of the country and unavailable between June 27 and July 9, 2019. The Parties respectfully request that a settlement conference be scheduled on the earliest date convenient for the Court, other than during that thirteen-day period.

Dated: New York, New York
      May 9, 2019

| **DUANE MORRIS LLP** | **COWAN, DEBAETS, ABRAHMS & SHEPPARD LLP** |
|---|---|
| */s/ Steven M. Cowley* | */s/ Nancy E. Wolff* |
| Steven M. Cowley (*Pro Hac Vice*) | Nancy E. Wolff |
| 100 High Street, Suite 2400 | nwolff@cdas.com |
| Boston, MA 02110-1724 | Marissa B. Lewis |
| Telephone: 857-488-4261 | mlewis@cdas.com |
| Facsimile: 857-401-3090 | 41 Madison Avenue, 38th Floor |
| Email: SMCowley@duanemorris.com | New York, New York 10010 |
| | Telephone: 212-974-7474 |
| Jovalin Dedaj | Facsimile: 212-974-8474 |
| 1540 Broadway | |
| New York, NY 10036-4086 | *Attorneys for Defendant* |
| Telephone: 212-471-4760 | *Alamy, Inc.* |
| Facsimile: 212-208-4642 | |
| Email: JDedaj@duanemorris.com | |
| | |
| *Attorneys for Plaintiff* | |
| *Michael Grecco Photography, Inc.* | |