

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

STEVEN M. COWLEY
DIRECT DIAL: +1 857 488 4261
PERSONAL FAX: +1 857 401 3090
*E-MAIL:* SMCowley@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

June 26, 2019

**VIA ECF**

Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers S1227
Brooklyn, New York 11201

   Re: *Michael Grecco Productions, Inc. v. Alamy Inc.*, **18-cv-3260-PKC-JO**

Dear Magistrate Judge Orenstein:

  This firm is counsel to Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") in the above-captioned action. On behalf of both parties, I write to advise the Court of a request to adjourn the status conference set for July 1, 2019 in the Scheduling Order entered on June 24, 2019. Specifically, the parties request that the status conference be adjourned to July 10, 2019, at 10:30 a.m. (see Corrected Case Management and Scheduling Order at ECF Document 40).

  The July 10, 2019 status conference was set during the initial discovery conference held on April 25, 2019. At that time, your Honor inquired as to the parties' availability for a status conference on July 1, 2019. Counsel for both parties reported that they would be unavailable for status conference that day. The undersigned counsel for the Plaintiff reported that he is unavailable that week, due to a family vacation. As a result, the status conference was scheduled for July 10, 2019.

DUANE MORRIS LLP
100 HIGH STREET, SUITE 2400   BOSTON, MA 02110-1724  PHONE: +1 857 488 4200   FAX: +1 857 488 4201

DuaneMorris

Honorable James Orenstein
June 26, 2019
Page 2

      Counsel for both parties remain unavailable on July 1, 2019. The parties, therefore, respectfully request the Court adjourn the status conference recently scheduled for July 1, 2019 and reschedule it to align with the already scheduled July 10, 2019 conference date.

      Respectfully,

      */s/ Steven M. Cowley*

      Steven M. Cowley