

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

STEVEN M. COWLEY
DIRECT DIAL: +1 857 488 4261
PERSONAL FAX: +1 857 401 3090
*E-MAIL:* SMCowley@duanemorris.com

*www.duanemorris.com*

July 8, 2019

**VIA ECF**

Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers S1227
Brooklyn, New York 11201

> **Re:** ***Michael Grecco Productions, Inc. v. Alamy Inc.*, 18-cv-3260-PKC-JO**

Dear Judge Orenstein:

This firm is counsel to Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") in the above-captioned action. On behalf of both parties, I write to advise the Court of the status of this matter in advance of the status conference scheduled for July 10, 2019.

The parties have unresolved discovery disputes regarding the first phase of discovery, which have been presented by letter motion papers. (ECF Nos. 42, 43, 44, 46, and 47). Pursuant to your Honor's order of June 27, 2019, the motions will be discussed at the conference scheduled for July 10, 2019. The parties expect to complete the first phase of discovery once your Honor has ruled on these motions.

Respectfully,

*/s/ Steven M. Cowley*

Steven M. Cowley