| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>         U.S. Magistrate Judge | Date:   7/10/2019<br>Time:   10:30 a.m. |

*Michael Grecco Productions, Inc. v. Alamy Inc.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Status

Appearances:   Plaintiff       Steven M. Cowley

               Defendant       Nancy E. Wolff, Marissa B. Lewis

Scheduling: There are no further conferences scheduled before me at this time.

Summary: As set forth on the record, I discussed with the parties the plaintiff's motion to compel and the defendant's motion for a protective order. The parties will confer further as to each and submit a status report, including a proposed revised schedule for completing the first phase of discovery, by July 17, 2019.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge