| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>       U.S. Magistrate Judge | | Date:<br>Time: | 7/29/2019<br>10:30 a.m. |

*Michael Grecco Productions, Inc. v. Alamy Inc.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Status

Appearances:   Plaintiff      Steven M. Cowley

               Defendant    Marissa B. Lewis

Scheduling: The next status conference will be held on September 23, 2019, at 10:30 a.m.

Summary:

1. The defendant shall produce all records within its possession, custody, or control that are responsive to the plaintiff's outstanding discovery requests 11-14, 20, 23-24, 26, and 29, as those requests are written (that is, without the restrictions I previously imposed, the enforcement of which has proved inefficient) by Friday, August 2, 2019.

2. At the parties' request, I will enter an amended case management and scheduling order that extends the deadline for completing the first phase of discovery to September 16, 2019.

3. The parties will promptly agree on a date to take Mr. Schlizzi's testimony at the plaintiff's counsel's firm's London office.

                                                    SO ORDERED

                                                    _____/s/_____
                                                    James Orenstein
                                                    U.S. Magistrate Judge