# EXHIBIT A

| | |
|---|---|
| Registration Number: VA 1-736-729 |  |
| Registration Number: VA 1-736-729 |  |
| Registration Number: VA 1-736-729 |  |
| Registration Number: VA 2-064-915 |  |

| | |
|---|---|
| Registration Number: VA 2-064-915 | |
| Registration Number: VA 1-298-833 | |
| Registration Number: VA 1-298-833 | |
| Registration Number: VA 1-298-833 | |

| Registration Number: VA 1-298-833 | |
| Registration Number: VA 1-736-729 | |
| Registration Number: VA 2-030-740 | |
| Registration Number: VA 1-418-420 | |

| | |
|---|---|
| Registration Number: VA 2-030-740 | |
| Registration Number: VA 2-030-740 | |
| Registration Number: VA 2-030-740 | |

| | |
|---|---|
| Registration Number: VA 2-030-740 | |
| Registration Number: VA 1-418-420 | |
| Registration Number: VA 1-298-835 | |
| Registration Number: VA 1-431-698 | |

| | |
|---|---|
| Registration Number: VA 1-418-420 |  |
| Registration Number: VA 1-418-420 |  |
| Registration Number: VA 1-418-417 | |
| Registration Number: VA 1-418-417 |  |

| Registration Number: VA 1-418-417 | |
| --- | --- |
| Registration Number: VA 1-232-596 | |