# EXHIBIT B

Case 1:18-cv-03260-PKC-JO   Document 57-2   Filed 10/10/19   Page 1 of 18 PageID #: 431

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-736-729**

Effective date of registration:

July 7, 2010

---

## Title
**Title of Work:** Getty Published Images 2008

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** October 2, 2008          **Nation of 1st Publication:** United States

## Author
- **Author:** Michael Grecco Photography, Inc.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright claimant
**Copyright Claimant:** Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA, 90405, United States

## Rights and Permissions
**Organization Name:** Michael Grecco Photography, iNc.
**Email:** michael@michaelgrecco.com          **Telephone:** 310-452-4461
**Address:** 1701 Pier Avenue
Santa Monica, CA 9  United States

## Certification
**Name:** Michael Grecco
**Date:** July 5, 2010

**Registration #:** VA0001736729

**Service Request #:** 1-440197721



Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-915**

**Effective Date of Registration:**
August 29, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos |
| **Content Title:** | 19970506_Sorbo_Kevin_Hercules_MGP_0004 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0005 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0006 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0007 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0008 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0009 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0010 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0011 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0012 |
| | 19970506_Sorbo_Kevin_Hercules_MGP_0013 |
| | 19970506_Xena_Lawless_Lucy_MGP_0022 |
| | 19970506_Xena_Lawless_Lucy_MGP_0023 |
| | 19970506_Xena_Lawless_Lucy_MGP_0024 |
| | 19970506_Xena_Lawless_Lucy_MGP_0025 |
| | 19970506_Xena_Lawless_Lucy_MGP_0026 |
| | 19970506_Xena_Lawless_Lucy_MGP_0027 |
| | 19970506_Xena_Lawless_Lucy_MGP_0028 |
| | 19970506_Xena_Lawless_Lucy_MGP_0029 |
| | 19970506_Xena_Lawless_Lucy_MGP_0030 |
| | 19970506_Xena_Lawless_Lucy_MGP_0031 |
| | 19970506_Xena_Lawless_Lucy_MGP_0032 |

19970506_Xena_Lawless_Lucy_MGP_0033

19970506_Xena_Lawless_Lucy_MGP_0034

19970506_Xena_Lawless_Lucy_MGP_0035

19970506_Xena_Lawless_Lucy_MGP_0036

19970506_Xena_Lawless_Lucy_MGP_0037

19970506_Xena_Lawless_Lucy_MGP_0038

19970506_Xena_Lawless_Lucy_MGP_0039

19970506_Xena_Lawless_Lucy_MGP_0040

19970506_Xena_Lawless_Lucy_MGP_0041

19970506_Xena_Lawless_Lucy_MGP_0042

19970506_Xena_Lawless_Lucy_MGP_0043

## Completion/Publication

Year of Completion: 1997
Date of 1st Publication: June 07, 1997
Nation of 1st Publication: United States

## Author

- Author: Michael Grecco
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1958

## Copyright Claimant

Copyright Claimant: Michael Grecco Productions, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States
Transfer statement: By Written Agreement

## Rights and Permissions

Organization Name: Michael Grecco Productions, Inc.
Name: Michael Grecco
Email: michael@michaelgrecco.com
Telephone: (310)452-4461
Address: 3103 17th Street
Santa Monica, CA 90405 United States



**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG  VA 1-298-833

EFFECTIVE DATE OF REGISTRATION
Dec 3 2004

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** Title of This Work ▼: Grecco Photography Deep Space 9  2
NATURE OF THIS WORK ▼ See instructions: Photographs

Previous or Alternative Titles ▼

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2 a** NAME OF AUTHOR ▼: Michael Grecco
DATES OF BIRTH AND DEATH: Year Born ▼ 1958  Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No
Author's Nationality or Domicile: Citizen of USA
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

Nature of Authorship:  ☒ Photograph(s)

**b** Name of Author ▼

**NOTE** Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3 a** Year in Which Creation of This Work Was Completed: 1997
**b** Date and Nation of First Publication of This Particular Work: Month October Day 1 Year 1997  U.S.A.

**4** COPYRIGHT CLAIMANT(S):
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica, CA 90405

Transfer: By Assignment

APPLICATION RECEIVED: DEC 03 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: DEC 03 2004
FUNDS RECEIVED

MORE ON BACK ▶  Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
a See Instructions before completing this space
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Area code and daytime telephone number   (310) 452 4461        Fax number  (310) 452 4462
Email    michael@michaelgrecco com

b

**CERTIFICATION*** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Michael Grecco President                                    Date  11/30/04

Handwritten signature (X) ▼
X _____  11/30/04

**8**

Certificate will be mailed in window envelope to this address

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper                                                         U S Government Printing Office 2003-496-605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-030-740**

**Effective Date of Registration:**
January 19, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Grecco Photography - Xena 3 |
| **Previous or Alternate Title:** | Group registration/published photos; 18 photos published approx. 06/07/1997 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | June 07, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc.<br>3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | by assignment |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street<br>Santa Monica, CA 90405 United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-418-420

EFFECTIVE DATE OF REGISTRATION

DEC 06 2006

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Grecco Photography - Xena 2

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**NAME OF AUTHOR ▼**
Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _U.S.A._
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph(s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Year in Which Creation of This Work Was Completed** 1997 Year In all cases.

**Date and Nation of First Publication of This Particular Work**
ON OR ABOUT
Month June  Day 7  Year 1997
U.S.A.  Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

APPLICATION RECEIVED
DEC 06 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 06 2006
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC **VA 1-298-835**



EFF

Dec 3 2004

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼: Grecco Photography   Xena

NATURE OF THIS WORK ▼ See Instructions: Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼: Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼ 1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___USA___
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork      ☒ Photograph(s) ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

Year in Which Creation of This Work Was Completed: **1997**   Year  This information must be given in all cases

Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.
Month __June__ Day __7__ Year __1997__
__U.S.A.__ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica, CA 90405

APPLICATION RECEIVED DEC 03 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 03 2004
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Area code and daytime telephone number  (310) 452 4461       Fax number  (310) 452 4462
Email   michael@michaelgrecco com

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Michael Grecco Photography Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Michael Grecco  President                                          Date  11/30/04

Handwritten signature (X) ▼
X _____   11/30/04

Certificate will be mailed in window envelope to this address

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   @ Printed on recycled paper                  U S Government Printing Office 2003-496 605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-431-698**

EFFECTIVE DATE OF REGISTRATION

July 7 2010

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
* Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009   Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month *2/4/2009 – Day 10/26/2009 Year
*USA   Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10   3/16/14
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Amended by C.O. on authority of Michael Grecco in phone call of 3/20/2014.

EXAMINED BY _____

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  (310) 452-4461           Fax number  (310) 452-4462
Email   michael@michaelgrecco.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                                                    Date   7/5/10

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

RE  VA 1-418-417

EF

DEC 06 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Grecco Photography - X-Files / Fox 4

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1958   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ U.S.A.
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph(s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
1993   Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month October   Day 25   Year 1993   ON OR ABOUT
USA   Nation

APPLICATION RECEIVED
DEC 06 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 06 2006
FUNDS RECEIVED

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☑ Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number (310) 452-4461    Fax number ( 310 ) 452-4462
Email  michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President                                        Date  11/29/06

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | Name ▼  Michael Grecco Photography, Inc.<br>Number/Street/Apt ▼  1701 Pier Avenue<br>City/State/ZIP ▼  Santa Monica, CA 90405 |
|---|---|

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000   Web Rev: June 2002   ⓟ Printed on recycled paper                           U.S. Government Printing Office: 2003-496-605/60,029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-232-596**

9 - 8 · 03
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
Grecco Photography  X Files / USA S

NATURE OF THIS WORK ▼ See Instructions
Photographs

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼ 1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NOTE
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

NATURE OF AUTHORSHIP Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☒ Photograph(s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 1995 ◀ Year   This information must be given in all cases

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published   Month ▶ May   Day ▶ 8   Year ▶ 1995   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

SEP - 8 2003
ONE DEPOSIT RECEIVED

SEP - 8 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY SDW   FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE   USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is Yes  why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes  give Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

See instructions before completing this space

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼                                                   Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

b

Area code and daytime telephone number ▶ ( 310 )  452  4461          Fax number ▶ ( 310 ) 452  4462
Email ▶  michael@michaelgrecco com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of __Michael Grecco Photography, Inc__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael Grecco, President                                            Date ▶  8/20/03

Handwritten signature (X) ▼
X                                                                    8/20/03

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Michael Grecco Photography  Inc |
| | Number/Street/Apt ▼ |
| | 1701 Pier Avenue |
| | City/State/ZIP ▼ |
| | Santa Monica  CA 90405 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

As of July 1 1999 the filing fee for Form VA is $30

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500
June 1999—100 000
WEB REV June 1999                     ⊛ PRINTED ON RECYCLED PAPER                    ☆U S GOVERNMENT PRINTING OFFICE  1999-454-879/71