# EXHIBIT C

10/25/18, 1:26 PM

D9WH9D.jpg 170×113 pixels



Page 1 of 1

http://n2.alamy.com/thumbs/4/%7B5E66C0BB-01AE-4B75-8463-A4B01040E411%7D/D9WH9D.jpg

discussion.alamy.com/index.php?/topic/1683-have-you-found-any-alamy-photo

Mantis   AMERICANSUBURB X   A Photo Editor   Art ∨   Amazon   Apple   Dashboard NA   eBay   FedEx   Flavorpill   gAnalytics   Getty Contributors   MG   NA   MySpace   News ∨   PayPal   »

Verified
●●
998 posts
Location Washington DC
Area
Images: 6905

Pg. 14, Bob Marley (cut out), **D9WH9D Superstock**



Pg. 20, Jamaican hot sauces (heavy crop), **ADGFJ7 CuboImages srl**



Pg. 22, Goat racing Tobago, **B0HNY7 Imagestate Media Partners Limited-Impact Photos**



Pg. 25, Plane landing, St. Maarten, **BC1TCT Horizons WWP**



Still more to come...

[4]

#204 ⤺

**NielsVK**

Forum newbie
●
88 posts
Location Vancouver, BC
Images: 2188

Posted 17 January 2014 - 05:13 AM

L'actualité (Canada), February 2014

**AP0GXW Mark A. Johnson** (p. 13)



**BPEJ04 ITAR-TASS** (p. 22)

michael-hurst-kevin-sorbo-hercules-the-legendary-journeys-1995-bpf9nm.jpg 353×640 pixels

11/2/16, 3-12 PM



www.alamy.com - BPF9NM



alamy stock photo

Kevin Sorbo Hercules: The Legendary Journeys (1995 Stock Photo, Royalty Free Image: 31068922 - Alamy

11/2/16, 4:23 PM

alamy
# alamy

Stock Photo - KEVIN SORBO HERCULES: THE LEGENDARY JOURNEYS (1995



Image ID: BFF9MA      Contributor: AF archive / Alamy Stock
Releases: Model - no | Property - no

### KEVIN SORBO HERCULES: THE LEGENDARY JOURNEYS (1995)

File size: 1895 x 2623 px | 6.6 x 8.7 inches (300dpi) | 12.7 MB

Stock photo keywords

16, 1995, action, actor, adventure, ahead, christian, cinema, company, directed, film, films, hercules, january, journeys, kevin, legendary, looking, movie, movies, portrait, programme, screen, screenshot, series, shot, sorbo, television, tv, universal, williams

| | |
|---|---|
| Contributor | A.F. ARCHIVE |
| Reportage/Archival Image | |
| Date taken | 16th January 1995 |
| Digitally altered | No |

This image could have imperfections as it's either historical or reportage.

Description

KEVIN SORBO AS Hercules TELEVISION PROGRAMME TV SERIES HERCULES: THE LEGENDARY JOURNEYS DIRECTED BY CHRISTIAN WILLIAMS FILM COMPANY UNIVERSAL TV 16 January 1995 - ""WARNING"" This photograph is the copyright of the FILM/TV COMPANY and/or the photographer assigned by or authorised by/allowed on the set by the Film/TV Company at that time of this production & can only be reproduced by publications in conjunction with the promotion of the above TV programme. A Mandatory Credit To THE FILM/TV COMPANY (AND PHOTOGRAPHER IF KNOWN) is required.





terry-farrell-star-trek-deep-space-nine-1993-bpe7fb.jpg 517×540 pixels

11/1/16, 4:30 PM



www.alamy.com - BPE7FB



www.alamy.com - BKBGPG

armin-shimerman-star-trek-deep-space-nine-1993-bpe7fe.jpg 340×540 pixels                    11/1/16, 4:00 PM



www.alamy.com - BPE7FE



www.alamy.com - BPE7FB



www.alamy.com - BPE7FE



www.alamy.com - BPE7FC

Armin Shimerman Star Trek: Deep Space Nine (1993 Stock Photo, Royalty Free Image: 31046050 - Alamy

11/1/16, 4:43 PM

alamy
alamy

Stock Photo - ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993



Image ID: BPE7FE      Contributor: AF archive / Alamy Stock Pho

Releases: Model - no | Property - no

**ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993)**

File size: 2127 x 3191 px | 7.1 x 10.6 inches (300dpi) | 19.4 MB

colm-meaney-star-trek-deep-space-nine-1993-bpe7fc.jpg 342×540 pixels

11/1/19, 4:45 PM





www.alamy.com - EFBH1Y

lucy-lawless-xena-warrior-princess-1995-efbh1y.jpg 341×546 pixels                    11/1/16, 6:04 PM



www.alamy.com - EFBH1Y



www.alamy.com - EFBH1T

lucy-lawless-xena-warrior-princess-1996-efbh1t.jpg 406×540 pixels

11/1/16, 6:23 PM



www.alamy.com - EFBH1T















renee-oconnor-xena-warrior-princess-1995-EFA5F2.jpg 805×1,200 pixels                                    11/2/16, 12:54 PM

















www.alamy.com - EFBH1X









lucy-lawless-renee-oconnor-xena-warrior-princess-1995-efa5f8.jpg 350×540 pixels

11/2/16, 12:42 PM



www.alamy.com - EFA5F8

lucy-lawless-xena-warrior-princess-1995-efbh1n.jpg  406×540 pixels                                                                    11/1/18, 5:25 PM



www.alamy.com - EFBH1N



www.alamy.com - FJHN7Y

gilian-anderson-the-x-files-1993-fJhn7y.jpg 370×540 pixels

11/2/16, 1:21 PM







www.alamy.com - FJHN7W

david-duchovny-gillian-anderson-the-x-files-1993-fjhn7w.jpg 375×540 pixels

11/1/18, 1:55 PM



www.alamy.com - FJHN7W

http://l7.alamy.com/zooms/3baf4ae262154a73aa1c011b5df2753/david-duchovny-gillian-anderson-the-x-files-1993-fjhn7w.jpg

Page 1 of 1









Akte X / Gillian Anderson / David Duchovny / The X-Files.
Contributor: United Archives GmbH / Alamy Stock Photo
Releases: Model - no | Property - no   Check if you need a release



alamy stock photo

PY7R3D
www.alamy.com

Case 1:18-cv-03260-PKC-JO Document 57-2 Filed 10/10/19 Page 43 of 43 PageID #: 491

alamy

Original film title: THE X FILES. English title: THE X FILES. Year: 1993. Director: CHRIS CARTER; ROB BOWMAN; DAVID NUTTER. Stars: DAVID DUCHOVNY; GILLIAN ANDERSON. Credit: FOX FILMS / Album - Image ID: PY7R3D



Original film title: THE X FILES. English title: THE X FILES. Year: 1993. Director: CHRIS CARTER; ROB BOWMAN; DAVID NUTTER. Stars: DAVID DUCHOVNY; GILLIAN ANDERSON. Credit: FOX FILMS / Album

**Contributor:** Album / Alamy Stock Photo

**Image ID:** PY7R3D

**File size:** 36.9 MB (1 MB Compressed download)

**Dimensions:** 3600 x 3581 px | 30.5 x 30.3 cm | 12 x 11.9 inches | 300dpi

**Releases:** Model - no | Property - no   Do I need a release?

**Photographer:** Album

**Date taken:** 1 January 1993