# EXHIBIT 1

30/05/2019                                          Invoice from Alamy

# alamy

**Alamy Inc**
20 Jay Street, Suite 848,
Brooklyn, NY 11201,
USA

## Your Alamy invoice

**Federal Tax ID** ▉▉▉▉▉▉▉

**Invoice number:**                    Invoice date:        29 August 2017                          **Paid**
**IY00807482**
                                                                                            Total: $ ▉▉▉▉▉

**Invoice to:**                        Ordered by:          ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
United States                          Order reference:     OY18912500

### Your order (93 items)



**Image ID: BKAC0T**                                                                        $ 69.99

**Image details**
Image title          BRAVEHEART -1995 MEL GIBSON
Model release        NO
Property release     NO
Credit line          Moviestore collection Ltd / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)



**Image ID: BNPPX0**                                                                        $ 69.99

**Image details**
Image title          MEDIC SCENE ON BATTLEFIELD SAVING PRIVATE RYAN (1998)
Model release        NO
Property release     NO
Credit line          AF archive / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)



**Image ID: BP71HA**                                                                        $ 69.99

**Image details**
Image title          DAVID KEITH, MARK BRELAND, THE LORDS OF DISCIPLINE, 1983
Model release        NO
Property release     NO
Credit line          AF archive / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)

EXHIBIT
9
9.5.19 LG

30/05/2019                                          Invoice from Alamy



### Image ID: CPMGTJ                                                $ 69.99

**Image details**
Image title          The Draughtsman's Contract
Model release        NO
Property release     NO
Credit line          Photo 12 / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)



### Image ID: DT5GBN                                                $ 69.99

**Image details**
Image title          MEL GIBSON POSTER BRAVEHEART (1995)
Model release        NO
Property release     NO
Credit line          AF archive / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)



### Image ID: DT984W                                                $ 69.99

**Image details**
Image title          DANIEL DAY-LEWIS LINCOLN (2012)
Model release        NO
Property release     NO
Credit line          AF archive / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)



### Image ID: BKAKJ9                                                $ 69.99

**Image details**
Image title          DONNIE DARKO JAKE GYLLENHAAL DNDK 005
Model release        NO
Property release     NO
Credit line          Moviestore collection Ltd / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                     (excludes advertising)

30/05/2019                                           Invoice from Alamy



### Image ID: BPDA30                                               $ 69.99

**Image details**

| | |
|---|---|
| Image title | MORGAN FREEMAN, JESSICA TANDY, DRIVING MISS DAISY, 1989 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DT9K1Y                                               $ 69.99

**Image details**

| | |
|---|---|
| Image title | JON VOIGHT & LIEV SCHREIBER RAY DONOVAN (2013) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: E5N1B1                                               $ 69.99

**Image details**

| | |
|---|---|
| Image title | DRIVING MISS DAISY, US poster art, from left: Morgan Freeman, Jessica Tandy, 1989. ©Warner Brothers/courtesy Everett Collection |
| Model release | NO |
| Property release | NO |
| Credit line | Everett Collection, Inc. / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |




### Image ID: H88CCX                                               $ 69.99

**Image details**

| | |
|---|---|
| Image title | Miss Daisy und ihr Chauffeur (DRIVING MISS DAISY) USA 1989 Regie: Bruce Beresford JESSICA TANDY, MORGAN FREEMAN |
| Model release | NO |
| Property release | NO |
| Credit line | United Archives GmbH / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                        Invoice from Alamy



### Image ID: BP2DDA                                              $ 69.99

**Image details**
Image title            CATE BLANCHETT ELIZABETH (1998)
Model release          NO
Property release       NO
Credit line            AF archive / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)



### Image ID: C5K2F9                                              $ 69.99

**Image details**
Image title            THE YOUNG VICTORIA 2009 GK Films production with Emily Blunt as the Queen and Rupert
                       Friend as Prince Albert
Model release          NO
Property release       NO
Credit line            Pictorial Press Ltd / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)



### Image ID: CBFJYF                                              $ 69.99

**Image details**
Image title            MY WEEK WITH MARILYN 2011 Weinstein Company film with Michelle Williams as Marilyn
                       Monroe
Model release          NO
Property release       NO
Credit line            Pictorial Press Ltd / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)



### Image ID: D1KJ4C                                              $ 69.99

**Image details**
Image title            Das Wahre Leben Der Alice Im Wunderland Dreamchild Carol Browne Die 80-jaehrige Alice
                       Heargraves (Carol Browne) soll in New
Model release          NO
Property release       NO
Credit line            United Archives GmbH / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)

CONFIDENTIAL

30/05/2019                                       Invoice from Alamy



### Image ID: EFBJ8W                                              $ 69.99

**Image details**
| | |
|---|---|
| Image title | JAMES PUREFOY & REESE WITHERSPOON VANITY FAIR (2004) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: EXTHT9                                              $ 69.99

**Image details**
| | |
|---|---|
| Image title | 1990s UK Elizabeth Film Poster |
| Model release | NO |
| Property release | NO |
| Credit line | The Advertising Archives / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: J0EMT1                                              $ 69.99

**Image details**
| | |
|---|---|
| Image title | MARION COTILLARD MACBETH (2015) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BP2DRH                                              $ 69.99

**Image details**
| | |
|---|---|
| Image title | JANE HORROCKS, TIMOTHY SPALL, CLAIRE SKINNER, LIFE IS SWEET, 1991 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPGGYK                                                          $ 69.99

**Image details**

| | |
|---|---|
| Image title | ALLAN CORDUNER, JIM BROADBENT, TOPSY-TURVY, 1999 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: E48KRG                                                          $ 69.99

**Image details**

| | |
|---|---|
| Image title | HACKERS (1995).Shown: LAURENCE MASON, JONNY LEE MILLER, ANGELINA JOLIE & MATTHEW LILLARD. Courtesy Granamour Weems Collection |
| Model release | NO |
| Property release | NO |
| Credit line | Granamour Weems Collection / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print and/or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising). |



### Image ID: E5NWK7                                                          $ 69.99

**Image details**

| | |
|---|---|
| Image title | TOPSY-TURVY, US poster art, from left: Jim Broadbent, Allan Corduner, (as Gilbert & Sullivan), 1999. ©October Films/courtesy |
| Model release | NO |
| Property release | NO |
| Credit line | Everett Collection, Inc. / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                         Invoice from Alamy



### Image ID: F6K3JM                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | RELEASE DATE: August 31, 2005, MOVIE TITLE: The Constant Gardener, STUDIO: Scion Films. PLOT: A widower is determined to get to the bottom of a potentially explosive secret involving his wife's murder, big business, and corporate corruption. PICTURED: RALPH FIENNES stars as Justin Quayle and RACHEL WEISZ as Tessa. |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: F6N5JX                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | RELEASE DATE: October 31, 2014 TITLE: Mr. Turner STUDIO: Sony Pictures Classics DIRECTOR: Mike Leigh PLOT: A look at the life of British artist J.M.W Turner PICTURED: TIMOTHY SPALL as J.M.W Turner. (Credit: c Sony Pictures Classics/Entertainment Pictures) |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 6 years (excludes advertising) |



### Image ID: BPF211                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | ANNETTE BENING, WARREN BEATTY, LOVE AFFAIR, 1994 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

CONFIDENTIAL                          ALA000196

30/05/2019                                                  Invoice from Alamy



### Image ID: BPN6C1                                                       $ 69.99

**Image details**

| | |
|---|---|
| Image title | JIM CARREY HOFFMAN EMILY BROWNING & LIAM AIKEN LEMONY SNICKET'S A SERIES OF UNFORTUNATE EVENTS (2004) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: C79GNE                                                       $ 69.99

**Image details**

| | |
|---|---|
| Image title | BARNEY'S VERSION (2010) PAUL GIAMATTI, DUSTIN HOFFMAN RICHARD J LEWIS (DIR) 005 MOVIESTORE COLLECTION LTD |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: E08YKR                                                       $ 69.99

**Image details**

| | |
|---|---|
| Image title | LEMONY SNICKET'S A SERIES OF UNFORTUNATE EVENTS (2004) EMILY BROWNING JIM CARREY LIAM AIKEN BRAD SILBERLING (DIR) MOVIESTORE |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: F6FTXD                                                       $ 69.99

**Image details**

| | |
|---|---|
| Image title | Sep 08, 1993; SAN FRANSICO, CA, USA;The cast of 'The Joy Luck Club.' |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019 Invoice from Alamy



### Image ID: F6N746 $ 69.99

**Image details**

| | |
|---|---|
| Image title | March 11, 2014 - London, United Kingdom - ALICE IN WONDERLAND (2010)..HELENA BONHAM CARTER..TIM BURTON (DIR).. (Credit Image: c Credit Image: c face to face/Entertainment Pictures) |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPPD07 $ 69.99

**Image details**

| | |
|---|---|
| Image title | ASLAN MOVIE POSTER THE CHRONICLES OF NARNIA: THE LION THE WITCH AND THE WARDROBE (2005) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BKPC60 $ 69.99

**Image details**

| | |
|---|---|
| Image title | PAN'S LABYRINTH -2006 |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |





### Image ID: DT5GGM $ 69.99

**Image details**

| | |
|---|---|
| Image title | FAUNO POSTER PAN'S LABYRINTH; EL LABERINTO DEL FAUNO (2006) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                             Invoice from Alamy



### Image ID: E0RWAM                     $ 69.99

**Image details**

| | |
|---|---|
| Image title | PAN'S LABYRINTH (2006) IVANA BAQUERO, DOUG JONES GUILLERMO DEL TORO (DIR) MOVIESTORE COLLECTION LTD |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BNYCAK                     $ 69.99

**Image details**

| | |
|---|---|
| Image title | BEN AFFLECK, GWYNETH PALTROW, SHAKESPEARE IN LOVE, 1998 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPH2MC                     $ 69.99

**Image details**

| | |
|---|---|
| Image title | JUDI DENCH & IAN HOLM THE LAST OF THE BLONDE BOMBSHELLS (2000) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPN0WT                     $ 69.99

**Image details**

| | |
|---|---|
| Image title | BILLY CRUDUP STAGE BEAUTY (2004) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                        Invoice from Alamy



### Image ID: DT76NB                                        $ 69.99

**Image details**

| | |
|---|---|
| Image title | HUGH JACKMAN LES MISERABLES (2012) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DT76NC                                        $ 69.99

**Image details**

| | |
|---|---|
| Image title | HUGH JACKMAN LES MISERABLES (2012) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DT8AJA                                        $ 69.99

**Image details**

| | |
|---|---|
| Image title | RUSSELL CROWE HUGH JACKMAN ANNE HATHAWAY EDDIE REDMAYNE & AMANDA SEYFRIED POSTER LES MISERABLES (2012) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DXJPM8                                        $ 69.99

**Image details**

| | |
|---|---|
| Image title | THE LION, THE WITCH AND THE WARDROBE |
| Model release | NO |
| Property release | NO |
| Credit line | Ronald Grant Archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                    Invoice from Alamy



### Image ID: BKB1XY                                              $ 69.99

**Image details**
Image title          All the King's Men Year : 2006 USA Director : Steven Zaillian Sean Penn
Model release        NO
Property release      NO
Credit line           Photo 12 / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising)



### Image ID: D1KT96                                              $ 69.99

**Image details**
Image title          Verzweifelte Wut Family Torn Apart, Neil Patrick Harris, Johnny Galecki Der Verdacht fällt auf Daniel (Johnny Galecki,r), der
Model release        NO
Property release      NO
Credit line           United Archives GmbH / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising)



### Image ID: DXG0NB                                              $ 69.99

**Image details**
Image title          Dallas Buyers Club
Model release        NO
Property release      NO
Credit line           Photo 12 / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising)



### Image ID: DXG0MX                                              $ 69.99

**Image details**
Image title          Dallas Buyers Club
Model release        NO
Property release      NO
Credit line           Photo 12 / Alamy Stock Photo

**License details**
Country              Worldwide
Usage                Magazines and books
Start date           29 August 2017
Expiry date          29 August 2022
Additional details   Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising)

30/05/2019                                    Invoice from Alamy



### Image ID: F6KY73                                            $ 69.99

**Image details**

| | |
|---|---|
| Image title | RELEASE DATE: September 01, 2007, MOVIE TITLE: Into The Wild. STUDIO: Art Linson Productions. PLOT: Into The Wild is based on a true story and the bestselling book by Jon Krakauer. After graduating from Emory University in 1992, top student and athlete Christopher McCandless (Hirsch) abandons his possessions, gave his entire $24,000 savings account to charity and hitchhiked to Alaska to live in the wilderness. Along the way, Christopher encounters a series of characters that shape his life. PICTURED: EMILE HIRSCH stars as Chris McCandless. |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: F6N4F5                                            $ 69.99

**Image details**

| | |
|---|---|
| Image title | RELEASE DATE: December 5, 2014 TITLE: Wild STUDIO: Fox Searchlight Pictures DIRECTOR: Jean-Marc Vallee PLOT: A chronicle of one woman's 1,100-mile solo hike undertaken as a way to recover from a recent catastrophe PICTURED: REESE WITHERSPOON as Cheryl Strayed (Credit: Fox Searchlight/Entertainment Pictures) |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: FHP1PN                                            $ 69.99

**Image details**

| | |
|---|---|
| Image title | MATTHEW MCCONAUGHEY DALLAS BUYERS CLUB (2013) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                    Invoice from Alamy



### Image ID: BP43K1                                                   $ 69.99

**Image details**

| | |
|---|---|
| Image title | MICHAEL GAMBON THE SINGING DETECTIVE (1986) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPMAFM                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | BILL MURRAY THE LIFE AQUATIC WITH STEVE ZISSOU (2004) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: F39BPC                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | THE GRAND BUDAPEST HOTEL 2014 Fox Searchlight film with Ralph Fiennes at right with Tilda Swinton |
| Model release | NO |
| Property release | NO |
| Credit line | Pictorial Press Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: C3GPHC                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | The King's Speech |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                    Invoice from Alamy



## Image ID: EG65RC                                          $ 69.99

### Image details
| | |
|---|---|
| Image title | THE GRAND BUDAPEST HOTEL (2014) WES ANDERSON (DIR) MOVIESTORE COLLECTION LTD |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



## Image ID: EG65RK                                          $ 69.99

### Image details
| | |
|---|---|
| Image title | THE GRAND BUDAPEST HOTEL (2014) RALPH FIENNES WES ANDERSON (DIR) MOVIESTORE COLLECTION LTD |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



## Image ID: ETHFEM                                          $ 69.99

### Image details
| | |
|---|---|
| Image title | The 87th Annual Oscars held at Dolby Theatre - Red Carpet Arrivals Featuring: Frances Hannon Where: Los Angeles, California, United States When: 22 Feb 2015 Credit: Adriana M. Barraza/WENN.com |
| Model release | NO |
| Property release | NO |
| Credit line | WENN Rights Ltd / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                          Invoice from Alamy



### Image ID: BPGPEP                                                    $ 69.99

**Image details**
| | |
|---|---|
| Image title | LANI JOHN TUPU GIGI EDGELY VIRGINIA HEY CLAUDIA BLACK BEN BROWDER ANTHONY SIMCOE FARSCAPE (1999) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: D1K5T0                                                    $ 69.99

**Image details**
| | |
|---|---|
| Image title | Dark City Dark City Mr. Hand (Richard O'Brien,l)egand), Dr. Schreber (Kiefer Sutherland,r) *** Local Caption *** 1997 |
| Model release | NO |
| Property release | NO |
| Credit line | United Archives GmbH / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DT899J                                                    $ 69.99

**Image details**
| | |
|---|---|
| Image title | CAREY MULLIGAN & LEONARDO DICAPRIO THE GREAT GATSBY (2013) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

CONFIDENTIAL                    ALA000205

30/05/2019                                        Invoice from Alamy



## Image ID: ECGJTJ                                                           $ 69.99

### Image details
| | |
|---|---|
| Image title | Mad Max: Fury Road is an upcoming post-apocalyptic action film directed, produced and co-written by George Miller, and the fourth film of Miller's Mad Max franchise. The first film of the franchise in 30 years, Fury Road features actor Tom Hardy as Mad Max. The film is scheduled to be released on 15 May 2015. |
| Model release | NO |
| Property release | NO |
| Credit line | Lifestyle pictures / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print and/or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising). |



## Image ID: EYWJH8                                                           $ 69.99

### Image details
| | |
|---|---|
| Image title | Mad Max: Fury Road ; Year : 2015 USA / Australia ; Director : George Miller ; Tom Hardy, Charlize Theron ; Movie poster (USA) |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



## Image ID: F6FYKN                                                           $ 69.99

### Image details
| | |
|---|---|
| Image title | Apr 29, 1994; Queensland, Australia; RAY LIOTTA (front) as Capt. J. T. Robbins in the sci-fi action film "No Escape" directed by Martin Campbell. |
| Model release | NO |
| Property release | NO |
| Credit line | Entertainment Pictures / Alamy Stock Photo |

### License details
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                     Invoice from Alamy



### Image ID: FJA1J4                                                    $ 69.99

**Image details**

Image title        Gods of Egypt is a 2016 fantasy film featuring ancient Egyptian deities. The United States-Australia
                   production is directed by Alex Proyas and stars Nikolaj Coster-Waldau, Brenton Thwaites,
                   Chadwick Boseman, Elodie Yung, Courtney Eaton, Rufus Sewell, with Gerard Butler and Geoffrey
                   Rush. This photograph is for editorial use only and is the copyright of the film company and/or the
                   photographer assigned by the film or production company and can only be reproduced by
                   publications in conjunction with the promotion of the above Film. A Mandatory Credit to the film
                   company is required. The Photogra

Model release      NO
Property release   NO
Credit line        Atlaspix / Alamy Stock Photo

**License details**

Country            Worldwide
Usage              Magazines and books
Start date         29 August 2017
Expiry date        29 August 2022
Additional details Use in a magazine or book (print and/or digital), inside use, 2,500 circulation, worldwide for 5 years
                   (excludes advertising).



### Image ID: HN59W3                                                    $ 69.99

**Image details**

Image title        MAD MAX : FURY ROAD 2015 Warner Bros film with Nicholas Hoult and Riley Keough
Model release      NO
Property release   NO
Credit line        Pictorial Press Ltd / Alamy Stock Photo

**License details**

Country            Worldwide
Usage              Magazines and books
Start date         29 August 2017
Expiry date        29 August 2022
Additional details Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                   (excludes advertising)



### Image ID: J0CTKK                                                    $ 69.99

**Image details**

Image title        CHARLIZE THERON MAD MAX: FURY ROAD (2015)
Model release      NO
Property release   NO
Credit line        AF archive / Alamy Stock Photo

**License details**

Country            Worldwide
Usage              Magazines and books
Start date         29 August 2017
Expiry date        29 August 2022
Additional details Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                   (excludes advertising)

30/05/2019 — Invoice from Alamy



### Image ID: A1436G

$ 69.99

**Image details**

| | |
|---|---|
| Image title | Robocop 2 Year 1990 Director Irvin Kershner Peter Weller Nancy Allen |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: B86PJ7

$ 69.99

**Image details**

| | |
|---|---|
| Image title | Effrol Fear No Evil Year : 1981 - USA Director: Frank LaLoggia |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BKC0H9

$ 69.99

**Image details**

| | |
|---|---|
| Image title | THE X-FILES (TV) POSTER |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: FJHN7N

$ 69.99

**Image details**

| | |
|---|---|
| Image title | DAVID DUCHOVNY, GILLIAN ANDERSON, THE X FILES, 1993 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                          Invoice from Alamy



### Image ID: H6ANW5                                              $ 69.99

**Image details**
Image title            EOIN MACKEN THE NIGHT SHIFT (2014)
Model release          NO
Property release       NO
Credit line            AF archive / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)



### Image ID: H6ARDT                                              $ 69.99

**Image details**
Image title            MOVIE POSTER THE NORMAL HEART (2014)
Model release          NO
Property release       NO
Credit line            AF archive / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)



### Image ID: BNPXCH                                              $ 69.99

**Image details**
Image title            NICK FROST & SIMON PEGG SHAUN OF THE DEAD (2004)
Model release          NO
Property release       NO
Credit line            AF archive / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)





### Image ID: BPTDKA                                              $ 69.99

**Image details**
Image title            SIMON PEGG & NICK FROST HOT FUZZ (2007)
Model release          NO
Property release       NO
Credit line            AF archive / Alamy Stock Photo

**License details**
Country                Worldwide
Usage                  Magazines and books
Start date             29 August 2017
Expiry date            29 August 2022
Additional details     Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years
                       (excludes advertising)

30/05/2019  Invoice from Alamy



### Image ID: DXCN72 $ 69.99

**Image details**

| | |
|---|---|
| Image title | Game of Thrones (Season 1) |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: EJ23HX $ 69.99

**Image details**

| | |
|---|---|
| Image title | Game of Thrones TV Series 2011 ???? USA Created by : David Benioff, D.B. Weiss 2014 Season 4, episode 9 : The Watchers on the Wall Director : Neil Marshall Neil Fingleton |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: EJ249J $ 69.99

**Image details**

| | |
|---|---|
| Image title | Game of Thrones TV Series 2011 ???? USA Created by : David Benioff, D.B. Weiss 2014 Season 4, episode 10 : The Children Director : Alex Graves Maisie Williams, Rory McCann |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: G8TWPK $ 69.99

**Image details**

| | |
|---|---|
| Image title | vic reeves and bob mortimer |
| Model release | NO |
| Property release | NO |
| Credit line | Fred MacGregor / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print and/or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising). |

CONFIDENTIAL                    ALA000210

30/05/2019                                Invoice from Alamy



### Image ID: J0CTD7                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | KRISTOFER HIVJU GAME OF THRONES : SEASON 5 (2015) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPE75T                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPE7FE                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: C8CW2D                                                  $ 69.99

**Image details**

| | |
|---|---|
| Image title | BRUCE CAMPBELL ARMY OF DARKNESS: EVIL DEAD 3 (1992) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: E5P001            $ 69.99

**Image details**

| | |
|---|---|
| Image title | THE STAND, (aka STEPHEN KING'S THE STAND), US poster, 1994, © ABC/courtesy Everett Collection |
| Model release | NO |
| Property release | NO |
| Credit line | Everett Collection, Inc. / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: EFB4GH            $ 69.99

**Image details**

| | |
|---|---|
| Image title | ADAM BALDWIN SUMMER GLAU SEAN MAHER NATHAN FILLION MORENA BACCARIN GINA TORRES ALAN TUDYK JEWEL STAITE & RON GLASS FIREFL |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BKB5B1            $ 69.99

**Image details**

| | |
|---|---|
| Image title | GREAT EXPECTATIONS (1997) GWYNETH PALTROW GREX 135 |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BKRB87            $ 69.99

**Image details**

| | |
|---|---|
| Image title | GREY GARDENS (TV)(2009) DREW BARRYMORE, JESSICA LANGE MICHAEL SUCSY (DIR) 002 |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019                                     Invoice from Alamy



### Image ID: D31PPJ                                                        $ 69.99

**Image details**
| | |
|---|---|
| Image title | Grey Gardens |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: D31PPM                                                        $ 69.99

**Image details**
| | |
|---|---|
| Image title | Grey Gardens |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: JGRD8C                                                        $ 69.99

**Image details**
| | |
|---|---|
| Image title | GUARDIANS OF THE GALAXY VOL 2 (2017) CHRIS PRATT JAMES GUNN (DIR) MARVEL STUDIOS/DISNEY/MOVIESTORE COLLECTION LTD |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: DXJ4GX                                                        $ 69.99

**Image details**
| | |
|---|---|
| Image title | BASQUIAT |
| Model release | NO |
| Property release | NO |
| Credit line | MIRAMAX / Ronald Grant Archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

CONFIDENTIAL                          ALA000213

30/05/2019                                    Invoice from Alamy



### Image ID: B7Y784                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | Serenity Year: 2005 USA Director: Joss Whedon Adam Baldwin, Jewel Staite, Alan Tudyk, Gina Torres, Nathan Fillion, Sean Maher, Morena Baccarin |
| Model release | NO |
| Property release | NO |
| Credit line | Photo 12 / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPF46F                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | JERI RYAN AS SEVEN OF NINE STAR TREK: VOYAGER (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPF8CY                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | JERI RYAN (SEVEN OF NINE) STAR TREK: VOYAGER (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



### Image ID: BPF9GT                                                    $ 69.99

**Image details**

| | |
|---|---|
| Image title | JENNIFER LIEN STAR TREK: VOYAGER (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

CONFIDENTIAL

30/05/2019            Invoice from Alamy



### Image ID: FHNM7X        $ 69.99

**Image details**

| | |
|---|---|
| Image title | AL LEWIS THE MUNSTERS (1964) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**

| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

**Paid**

Subtotal: $ 6508.84

**Paid by credit card**

Card category:
Card number:
Expiry:

**Get in touch**

866 671 7305 (toll free)
sales@alamy.com

**For a refund**

Full refund within 30 days of the invoice date.
License agreement: https://intranet.alamy.com/terms/default.asp