# EXHIBIT 2

30/05/2019      Invoice from Alamy



## Your Alamy invoice

Alamy Inc
20 Jay Street, Suite 848,
Brooklyn, NY 11201,
USA

**Federal Tax ID**

**Invoice number:** IY00617620

**Invoice date:** 25 May 2016

**Paid**

Total:

**Invoice to:**

**Ordered by:**
**Order reference:** OY12394375

### Your order (3 items)



**Image ID: EFA5F7**      $ 14.99

**Image details**
| | |
|---|---|
| Image title | LUCY LAWLESS XENA: WARRIOR PRINCESS (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Editorial |
| Details of use | Editorial presentation, single design |
| Start date | 25 May 2016 |
| Expiry date | 25 May 2021 |
| Additional details | Use in slides/materials to support a presentation or talk - such as Powerpoint or Keynote. |

**Image ID: EFA5F9**      $ 14.99

**Image details**
| | |
|---|---|
| Image title | LUCY LAWLESS XENA: WARRIOR PRINCESS (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Editorial |
| Details of use | Editorial presentation, single design |
| Start date | 25 May 2016 |
| Expiry date | 25 May 2021 |
| Additional details | Use in slides/materials to support a presentation or talk - such as Powerpoint or Keynote. |



EXHIBIT 10
9.5.19 LG

30/05/2019   Invoice from Alamy



**Image ID: EFA5F3**   $ 14.99

**Image details**
| | |
|---|---|
| Image title | LUCY LAWLESS & RENEE O'CONNOR XENA: WARRIOR PRINCESS (1995) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Editorial |
| Details of use | Editorial presentation, single design |
| Start date | 25 May 2016 |
| Expiry date | 25 May 2021 |
| Additional details | Use in slides/materials to support a presentation or talk - such as Powerpoint or Keynote. |

**Paid**
Subtotal: $ 44.97
Sales tax @ 0%: $ 0.00
Total: $ 44.97

**Paid by credit card**   Card category:
Card number:   
Expiry:

**Get in touch**

866 671 7305 (toll free)
sales@alamy.com

**For a refund**

Full refund within 30 days of the invoice date.
License agreement: https://intranet.alamy.com/terms/default.asp