# EXHIBIT 3

30/05/2019 | Invoice from Alamy

# alamy

Alamy Inc
20 Jay Street, Suite 848,
Brooklyn, NY 11201,
USA

## Your Alamy invoice

**Invoice number:**
IY00807482

**Invoice date:** 29 August 2017

**Paid**
Total: $ 5207.07

**Invoice to:**
United States

**Ordered by:**
**Order reference:** OY18912500

### Your order (93 items)



**Image ID: BKAC0T**   $ 69.99

**Image details**
| | |
|---|---|
| Image title | BRAVEHEART -1995 MEL GIBSON |
| Model release | NO |
| Property release | NO |
| Credit line | Moviestore collection Ltd / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

**Image ID: BNPPX0**   $ 69.99

**Image details**
| | |
|---|---|
| Image title | MEDIC SCENE ON BATTLEFIELD SAVING PRIVATE RYAN (1998) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

**Image ID: BP71HA**   $ 69.99

**Image details**
| | |
|---|---|
| Image title | DAVID KEITH, MARK BRELAND, THE LORDS OF DISCIPLINE, 1983 |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



EXHIBIT
11
9.5.19 LG

30/05/2019             Invoice from Alamy



**Image ID: J0CTD7**        $ 69.99

**Image details**
| | |
|---|---|
| Image title | KRISTOFER HIVJU GAME OF THRONES : SEASON 5 (2015) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



**Image ID: BPE75T**        $ 69.99

**Image details**
| | |
|---|---|
| Image title | ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



**Image ID: BPE7FE**        $ 69.99

**Image details**
| | |
|---|---|
| Image title | ARMIN SHIMERMAN STAR TREK: DEEP SPACE NINE (1993) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |



**Image ID: C8CW2D**        $ 69.99

**Image details**
| | |
|---|---|
| Image title | BRUCE CAMPBELL ARMY OF DARKNESS: EVIL DEAD 3 (1992) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

30/05/2019  Invoice from Alamy



**Image ID: FHNM7X**  $ 69.99

**Image details**
| | |
|---|---|
| Image title | AL LEWIS THE MUNSTERS (1964) |
| Model release | NO |
| Property release | NO |
| Credit line | AF archive / Alamy Stock Photo |

**License details**
| | |
|---|---|
| Country | Worldwide |
| Usage | Magazines and books |
| Start date | 29 August 2017 |
| Expiry date | 29 August 2022 |
| Additional details | Use in a magazine or book (print or digital), inside use, 2,500 circulation, worldwide for 5 years (excludes advertising) |

**Paid**
Subtotal: $ 6508.84

**Paid by credit card**
Card category:
Card number:
Expiry:

**Get in touch**
866 671 7305 (toll free)
sales@alamy.com

**For a refund**
Full refund within 30 days of the invoice date.
License agreement: https://intranet.alamy.com/terms/default.asp