| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

Before: James Orenstein     Date: 11/13/2019
       U.S. Magistrate Judge     Time: 9:30 a.m.

*Michael Grecco Productions, Inc. v. Alamy Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference: Status

Appearances:    Plaintiff      Steven M. Cowley

                 Defendants    Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: The next pretrial conference will be held on April 20, 2020, at 10:30 a.m.

Summary: As set forth on the record, the plaintiff's request to compel the defendants to produce a privilege log is moot, as the defendants have now done so. I will enter a case management and scheduling order that contemplates the completion of all remaining discovery, including the completion of the original defendant's Rule 30(b)(6) deposition, within approximately four months.

                                                                       SO ORDERED

                                                                       /s/
                                                               James Orenstein
                                                              U.S. Magistrate Judge