# **EXHIBIT 5**

| Log No. | Begin Bates | End Bates | Privilege Type | From | To | Cc | Date Sent | Type of Document and General Subject Matter |
|---|---|---|---|---|---|---|---|---|
| 1 | ALA001726 | ALA001726 | Attorney-Client | Maurice Murphy | Brittany L. Kaplan-Peterson; John Schilizzi | Nancy Wolff; Elisabeth Hoiberg; Lindsay Bowen | 8/8/2018 | Email correspondence concerning the "Alamy License Agreement" (hereinafter, the "ALA") available on the website located at the URL www.alamy.com. |
| 2 | ALA001727 | ALA001727 | Attorney-Client | Maurice Murphy | Brittany L. Kaplan-Peterson; John Schilizzi | Nancy Wolff; Elisabeth Hoiberg; Lindsay Bowen | 8/9/2018 | Email correspondence concerning the ALA. |
| 3 | ALA001728 | ALA001728 | Attorney-Client | Maurice Murphy | Nancy Wolff | Nancy Wolff; Elisabeth Hoiberg; Lindsay Bowen; John Schilizzi | 9/3/2018 | Email correspondence concerning the ALA. |
| 4 | ALA001729 | ALA001729 | Attorney-Client | Maurice Murphy | Nancy Wolff | Nancy Wolff; Elisabeth Hoiberg; Lindsay Bowen; John Schilizzi | 9/3/2018 | Draft ALA attachment. |
| 5 | ALA001730 | ALA001730 | Attorney-Client | Maurice Murphy | Nancy Wolff; John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen | 8/30/2018 | Email correspondence concerning the ALA. |
| 6 | ALA001731 | ALA001731 | Attorney-Client | Maurice Murphy | John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen; Nancy Wolff | 8/29/2018 | Email correspondence concerning the ALA. |
| 7 | ALA001732 | ALA001732 | Attorney-Client | Maurice Murphy | Brittany L. Kaplan-Peterson; John Schilizzi | Nancy Wolff; Elisabeth Hoiberg; Lindsay Bowen | 8/28/2018 | Email correspondence concerning the ALA. |
| 8 | ALA001733 | ALA001733 | Attorney-Client | Maurice Murphy | Nancy Wolff | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen; John Schilizzi | 9/3/2018 | Email correspondence concerning the ALA. |
| 9 | ALA001734 | ALA001734 | Attorney-Client | Nancy Wolff | Maurice Murphy; John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen | 8/31/2018 | Email correspondence concerning the ALA. |
| 10 | ALA001735 | ALA001735 | Attorney-Client | Nancy Wolff | Maurice Murphy; John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen | 8/31/2018 | Draft ALA attachment. |
| 11 | ALA001736 | ALA001736 | Attorney-Client | Nancy Wolff | Maurice Murphy; John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen | 8/30/2018 | Email correspondence concerning the ALA. |
| 12 | ALA001737 | ALA001737 | Attorney-Client | Nancy Wolff | Maurice Murphy; John Schilizzi | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen | 8/29/2018 | Email correspondence concerning the ALA. |
| 13 | ALA001738 | ALA001738 | Attorney-Client | Nancy Wolff | Maurice Murphy | Brittany L. Kaplan-Peterson; Elisabeth Hoiberg; Lindsay Bowen; John Schilizzi | 9/3/2018 | Email correspondence concerning the ALA. |