**EXHIBIT 6**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

        Plaintiff,

v.

ALAMY INC.,

        Defendant.

Case No. 18 Civ. 03260 (PKC) (JO)

**AFFIDAVIT OF JOHN SCHILIZZI**

JOHN SCHILIZZI declares as follows:

1. I am currently the Chief Financial Officer of Alamy Ltd., an English corporation based in Milton Park, Abingdon, Oxfordshire, England, which maintains and operates the website located at the URL www.alamy.com (the "Alamy Ltd. Website"). In my capacity with Alamy Ltd., I have knowledge of all matters set forth in this Affidavit, either by way of personal knowledge or through review of Alamy Ltd.'s business records, which are kept in the ordinary course of business and created at or near the time of the events documented therein. I am at least twenty-one (21) years of age and am competent to testify as to the matters set forth in this Affidavit.

2. I also act as the director of Alamy Inc., a subsidiary of Alamy Ltd., which operates as a sales office in Brooklyn, New York to maintain and cultivate relationships with the larger, U.S.-based users of Alamy Ltd.'s website.

3. I respectfully submit this affidavit in order to identify the dates that certain agreements produced to plaintiff Michael Grecco Productions, Inc. were made available on the Alamy Ltd. Website.

4. The agreement bearing Bates-numbers ALA001707 through ALA001711 appeared on the Alamy Ltd. Website from April 18, 2016 through December 4, 2016.

5.    The agreement bearing Bates-numbers ALA001712 through ALA001718 appeared on the Alamy Ltd. Website from June 21, 2017 through March 21, 2018.

6.    The agreement bearing Bates-numbers ALA001719 through ALA001725 appeared on the Alamy Ltd. Website from May 23, 2018 through September 18, 2018.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:   September 17, 2019

JOHN SCHILIZZI