| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 1/13/2020 |
| U.S. Magistrate Judge | | Time: | 11:30 a.m. |

*Michael Grecco Productions Inc. v. Alamy Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Status

Appearances:   Plaintiff        Steven M. Cowley

             Defendants    Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: The next pretrial conference will be held on April 20, 2020, at 10:30 a.m.

Summary: As set forth on the record, the defendants represent that they have produced the non-privileged records at issue in the plaintiff's motion to compel, and I therefore deem that part of the motion to be moot, subject to the plaintiff's review of documents recently produced. With respect to the motion to compel production of documents listed in the defendants' privilege log, I ordered as follows. First, the defendants will promptly identify all of the persons named in the "to" and "cc" portions of the log; to the extent those persons are not Alamy employees (regardless of whether they have Alamy email addresses), the defendants shall produce the records. Second, with respect to all other items in the privilege log, the defendants will submit the records for *in camera* review by January 17, 2020. I will take further action as appropriate after reviewing the submission. I concluded that the plaintiff has not yet established that the crime-fraud exception to the attorney-client and work-product privileges applies to any of the records at issue.

                                                                SO ORDERED

                                                                _____/s/_____
                                                                James Orenstein
                                                                U.S. Magistrate Judge