

| | | |
|---|---|---|
| Cowan, DeBaets, Abrahams & Sheppard LLP | 41 Madison Avenue<br>New York, NY 10010<br>T: 212 974 7474<br>F: 212 974 8474<br>www.cdas.com | Nancy E. Wolff<br>(212) 974-7474<br>nwolff@cdas.com |

February 14, 2020

**VIA CM/ECF**

Hon. James Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

Re:   *Michael Grecco Prods., Inc. v. Alamy Inc. et al*, Case No. 18 Civ. 03260 (PKC) (JO)

Dear Judge Orenstein:

This firm represents defendants Alamy Inc. and Alamy Ltd. (collectively, "Defendants") in the above-captioned action.  We write pursuant to Rule II.A of Your Honor's Individual Practices to respectfully request a brief adjournment of the February 20, 2020 *ex parte* Status Conference before Your Honor, as Defendants' lead counsel is unavailable due a previously scheduled, out-of-state, medical procedure of an immediate family member occurring on that date.  This is the first request for an adjournment of this conference.

If this adjournment is granted, Defendants respectfully request that the Status Conference be adjourned to the morning of Tuesday, February 25, anytime on Wednesday, February 26, or the next available date that suits the Court.[1]  No other dates will be affected by granting this extension.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Nancy E. Wolff

Nancy E. Wolff

cc:   All Counsel of Record (via ECF)

---

[1] To the extent possible, Defendants would respectfully request that the Status Conference be rescheduled for any weekday aside from Friday, as lead counsel for Defendants spends Fridays out-of-state transporting the same immediate family member to medical appointments.