| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>U.S. Magistrate Judge | | Date:<br>Time: | 2/26/2020<br>9:30 a.m. |

*Michael Grecco Prods., Inc. v. Alamy Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Status

Appearances:   Plaintiff       No appearance (excused)

              Defendants    Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: As part of my *in camera* review of certain records as to which the defendants have asserted a privilege, I discussed certain records with the defendants' counsel *ex parte*. The defendants may file a supplemental submission by March 11, 2020. The minutes of today's proceeding shall be available to the defendants but otherwise sealed until further order.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge