EXHIBIT "A"

| | |
|---|---|
| **From:** | Samantha Tejera |
| **To:** | Lindsay R. Edelstein |
| **Subject:** | Fwd: 387.031120 NPD Delivery Completed! |
| **Date:** | Thursday, March 12, 2020 10:47:47 AM |
| **Attachments:** | image984001.png |




Samantha Tejera
Paralegal
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th fl., New York, NY 10010
*tel: 212-974-7474 / fax: 212-974-8474*
STejera@cdas.com / www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the Recipient(s) indicated and may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended Recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail. *** [v4141]

**Begin forwarded message:**

-----Original Message-----
From: dispatch@npdlogistics.com <dispatch@npdlogistics.com>
Sent: Wednesday, March 11, 2020 3:14 PM
To: Ryan Kelly <rkelly@cdas.com>
Subject: 387.031120 NPD Delivery Completed!


Thank you for your business, your below delivery request was completed!

Any changes or concerns please call 908-509-1673 or email dispatch@npdlogistics.com <mailto:dispatch@npdlogistics.com>

Order#: 387.031120
Caller: Ryan Kelly
Phone: 212-974-7474
Client Code: 80072-5
Attorney Name: NEW
Ref#3:

Level of Service Standard Van
Quantity: 1
Package Type: Env-Pkg-Redweld [1]
Estimated Weight: 2.00

Picked up From: Cowan
Ryan Kelly 212-974-7474
41 Madison Ave 38th Floor
New York, NY 10010-2202
A BINDER
Pick up time: 14:23

Delivered To: US District Courthouse
Judge Orenstein
225 Cadman Plz E Room 1227 South
Brooklyn, NY 11201-1832

Delivery time: 03/11/2020 15:13
Signed By: United States Court House

For more information about this delivery
https://www.npdlogisticsonline.net/ClientPortal?method=QuickTrack&OrderTrackingID=387.031120&key=1F99D

Click below for who we are and what we do!

<https://www.youtube.com/watch?v=MVEnsN0FBMA>