UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>                     Plaintiff,<br><br>              v.<br><br>ALAMY INC. and ALAMY LTD,<br><br>                     Defendants. | Case No. 18 Civ. 03260 (PKC) (JO) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Alamy Inc. ("US Alamy") and defendant Alamy Ltd. ("UK Alamy," together with US Alamy, the "Defendants"), by their undersigned counsel hereby files Defendants' joint corporate disclosure statement.

US Alamy, a New York corporation, is a privately-held, wholly-owned subsidiary of UK Alamy, which is a privately-held, corporate entity in the United Kingdom.

UK Alamy is wholly-owned by The Press Association Limited, which is, in turn, wholly owned by PA Media Group Limited ("PA Media Group"), a corporate entity in the United Kingdom. Daily Mail and General Holdings Limited, MGL2 Limited, News Corp UK & Ireland Limited, and UBMG Limited own 10% or more of PA Media Group's stock.

Daily Mail & General Holdings Limited is wholly owned by Daily Mail and General Trust PLC, a publicly traded corporate entity.

MGL2 Limited is wholly owned by Reach Publishing Group Limited, which is, in turn, wholly owned by Reach PLC, a publicly traded corporate entity.

News Corp UK & Ireland Limited is wholly owned by News Corp Holdings UK & Ireland, which is, in turn, wholly owned by News Corp Investments UK & Ireland, which is, in turn, wholly owned by NC UK Holdings Inc., which is, in turn, wholly owned by News Corporation, a publicly traded corporate entity.

UBMG Limited is wholly owned by UBMG Holdings, which is, in turn, wholly owned by Maypond Holdings Limited, which is, in turn, wholly owned by UBM Ireland No 9 Limited, which is, in turn, wholly owned by UBM Ireland No 8 Limited, which is, in turn, wholly owned by UBM PLC, which is, in turn, wholly owned by Informa PLC, a publicly traded corporate entity.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>March 27, 2020 | COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP<br><br>By:  /s/ Nancy E. Wolff<br>    Nancy E. Wolff<br>    Lindsay R. Edelstein<br>    41 Madison Avenue, 38th Floor<br>    New York, New York 10010<br>    Tel.: (212) 974-7474<br>    Fax: (212) 974-8474<br>    nwolff@cdas.com<br>    ledelstein@cdas.com<br><br>*Attorneys for Defendants Alamy Inc. and Alamy Ltd.* |