# EXHIBIT B

For the Court's reference, the table below sets forth the corresponding requests between the two sets of requests served on February 7, 2020 to Alamy Ltd. and Alamy Inc.

| | |
|---|---|
| Alamy Ltd. Request 72 | Alamy Inc. Request 42 |
| Alamy Ltd. Request 73 | Alamy Inc. Request 43 |
| Alamy Ltd. Request 77 | Alamy Inc. Request 47 |
| Alamy Ltd. Request 78 | Alamy Inc. Request 48 |
| Alamy Ltd. Request 79 | Alamy Inc. Request 49 |
| Alamy Ltd. Request 80 | Alamy Inc. Request 50 |
| Alamy Ltd. Request 81 | Alamy Inc. Request 51 |
| Alamy Ltd. Request 93 | Alamy Inc. Request 63 |
| Alamy Ltd. Request 94 | Alamy Inc. Request 64 |
| Alamy Ltd. Request 95 | Alamy Inc. Request 65 |
| Alamy Ltd. Request 99 | Alamy Inc. Request 69 |
| Alamy Ltd. Request 100 | Alamy Inc. Request 70 |

DM2\13002205.2