| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>       U.S. Magistrate Judge | Date:   9/8/2020<br>Time:   11:30 a.m. |

*Michael Grecco Prods., Inc. v. Alamy Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Status

Appearances:   Plaintiff        Steven Cowley

               Defendants   Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: The next pretrial conference will be held on November 24, 2020, at 10:30 a.m.

Summary: As set forth on the record, I granted in part and denied in part the plaintiff's motion to compel disclosures. On consent, the parties may schedule depositions for after the fact discovery deadline of September 16, 2020. The deadline for completing expert discovery of November 10, 2020. I rescheduled the next pretrial conference as noted above.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge