| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>U.S. Magistrate Judge | | Date:<br>Time: | 9/15/2020<br>5:15 p.m. |

*Michael Grecco Productions, Inc. v. Alamy, Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference: Telephone

Appearances: Plaintiff    Steven Cowley

Defendants    Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: The next pretrial conference will be held on November 24, 2020, at 10:30 a.m.

Summary: As set forth on the record, I resolved the parties' emergency discovery dispute.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge