

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

STEVEN M. COWLEY
DIRECT DIAL: +1 857 488 4261
PERSONAL FAX: +1 857 401 3090
*E-MAIL*: SMCowley@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 16, 2020

**VIA ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.*, 18-cv-3260-PKC-JO

Dear Judge Chen:

I write on behalf of Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") in connection with Defendants' Alamy Inc. and Alamy Ltd. (collectively, the "Defendants") motion for leave to file documents under seal. (ECF No. 101).

On October 1, 2020, Magistrate Judge Orenstein issued a redacted order granting in part Plaintiff's motion to compel certain documents previously withheld by Defendants on the basis of an assertion of privilege (the "Order"). (ECF No. 99). Magistrate Judge Orenstein further ordered that an unredacted version of the Order would "be filed under seal (accessible to the defendants but not the plaintiff) and will be unsealed if the decision remains in effect upon the completion of any review." (*See id.*). Counsel for Defendants have since refused to produce the documents that were the subject of the Order pending their appeal of Magistrate Judge Orenstein's decision. To that end, Defendants are now seeking leave to file documents under seal in pursuit of that appeal before Your Honor, presumably including objections to the Order.

In the event the Court grants Defendants leave to file their documents under seal, Plaintiff respectfully requests the Court require Defendants to file and serve a redacted version of each, disclosing everything but the specific content of the documents covered by the Order. Absent this directive from the Court, Plaintiff will be left without a meaningful opportunity to respond to Defendants' objections.



Hon. Pamela K. Chen
October 16, 2020
Page 2

            Respectfully,

            */s/ Steven M. Cowley*

            Steven M. Cowley

cc: All counsel of record (*via ECF*)