| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>        U.S. Magistrate Judge | Date:     10/29/2020<br>Time:     10:30 a.m. |

*Michael Grecco Prods., Inc. v. Alamy Inc., et al.*
18-CV-3260 (PKC) (JO)

Type of Conference:  Telephone

Appearances:   Plaintiff       Steven Cowley

               Defendants   Nancy E. Wolff, Lindsay R. Edelstein

Scheduling: The next pretrial conference will be held on November 24, 2020, at 10:30 a.m.

Summary: As set forth on the record, I granted the motion to compel based on the defendants' failure to timely assert a privilege, resulting in a waiver. The defendants shall disclose the records at issue by November 5, 2020.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge