UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

                Plaintiff,

    v.

ALAMY INC. and ALAMY LTD.

                Defendants.

Case No. 18 Civ. 03260 (PKC) (RER)

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marissa B. Lewis, an associate with the law firm of Mitchell Silberberg & Knupp LLP, hereby withdraw as counsel for defendants Alamy Inc. and Alamy Ltd. in the above-captioned action. I hereby request that my name and email address be removed from the case's official docket.

                              Respectfully Submitted,

Dated: January 12, 2021           MITCHELL SILBERBERG & KNUPP LLP
       New York, New York

                              By:  /s/ Marissa B. Lewis
                                    Marissa B. Lewis
                                    437 Madison Avenue
                                    25th Floor
                                    New York, New York 10022
                                    Tel.: (212) 509-3900
                                    mbl@msk.com

                                    *Attorneys for Defendants Alamy Inc. and Alamy Ltd.*