UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAMY INC. and ALAMY LTD. <br><br> Defendants. | Case No. 18 Civ. 03260 (PKC) (RER) <br><br> **NOTICE OF APPEARANCE** |

To:   The Clerk of this Court and all parties of record:

I certify that I am admitted to practice before this Court, and I appear in the above-referenced action as counsel for defendants Alamy Inc. and Alamy Ltd.

Respectfully Submitted,

Dated: January 13, 2021          COWAN, DEBAETS, ABRAHAMS
New York, New York               & SHEPPARD LLP

By:  /s/ Sara Gates
Sara Gates
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
sgates@cdas.com

*Attorneys for Defendants Alamy Inc. and Alamy Ltd.*