

| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | 41 MADISON AVENUE<br>NEW YORK, NY 10010<br>T: 212  974  7474<br>F: 212  974  8474<br>www.cdas.com | NANCY E. WOLFF<br>212 974 7474<br>NWOLFF@CDAS.COM |

March 25, 2022

**VIA ECF**
Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

**Re: *Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.*, 18-cv-3260-PKC-RER**

Dear Judge Reyes:

On behalf of Defendants Alamy Inc. and Alamy Ltd. (collectively, "Defendants"), we write pursuant to your Orders dated February 17, 2022 and March 14, 2022 directing Defendants to show cause in writing why certain documents and transrcripts at ECF Nos. 80, 100, 104, 105, and 134 ("Documents") should not be permanently unsealed to permit public access thereto.

Defendants have further reviewed the Documents and are not concerned with public access thereto at this juncture. In light of Your Honor's inclination to unseal the Documents and permit public access thereto, Defendants withdraw its objections (ECF No. 129) to Plaintiff Michael Grecco Productions, Inc.'s Motion to Unseal Documents (ECF No. 127).

Respectfully submitted

/s/ Nancy E. Wolff

cc: All counsel of record (by ECF)