| |  | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | STEVEN M. COWLEY | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 857 488 4261 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 857 401 3090 | PITTSBURGH |
| LOS ANGELES | E-MAIL: SMCowley@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

August 17, 2022

**VIA ECF**

Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

      Re:    <u>***Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.***<br>               **U.S.D.C., E.D.N.Y., No. 1:18-cv-3260-PKC-RER**</u>

Dear Judge Reyes:

      Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendants Alamy Inc. and Alamy Ltd. (collectively "Defendants"), write to jointly respectfully request that the settlement conference currently scheduled for September 1, 2022 at 10:30 AM in Courtroom 13D South (by order dated February 2, 2022) be converted to a remote conference.

      Plaintiff's representative is based in California and Defendants' representatives are based in the United Kingdom. They face travel disruptions and uncertainty if they are required to attend an in-person conference in New York. The parties believe that the purposes of the conference can be achieved by remote attendance.

DUANE MORRIS LLP

100 HIGH STREET, SUITE 2400    BOSTON, MA 02110-1724          PHONE: +1 857 488 4200    FAX: +1 857 488 4201



  Accordingly, the parties jointly request that the Court convert the September 1, 2022 in-person settlement conference to a remote conference with the parties and their counsel to attend remotely (by Zoom or other remote means).

                Respectfully submitted,

| **DUANE MORRIS LLP** | **COWAN DEBAETS ABRAHAMS & SHEPPARD LLP** |
|---|---|
| /s/ *Steven M. Cowley* | /s/ *Nancy E. Wolff* |
| Steven M. Cowley | Nancy E. Wolff |
| 100 High Street | Email: nwolff@cdas.com |
| Boston, MA 02110 | CeCe M. Cole |
| Tel: 857-488-4261 | Email: ccole@cdas.com |
| Email: smcowley@duanemorris.com | 41 Madison Avenue, 38th Floor |
|  | New York, New York 10010 |
| Peggy Chen | Tel: 212.974.7474 |
| 230 Park Avenue, Suite 1130 |  |
| New York, New York 10169 | *Attorneys for Defendants Alamy Inc. and Alamy Ltd.* |
| Tel: 212.818.9200 |  |
| Email: pschen@duanemorris.com |  |

*Attorneys for Plaintiff*
*Michael Grecco Productions, Inc.*