# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 Civ. 03260 (PKC) (RER) |
| ALAMY INC. and ALAMY LTD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants Alamy Inc. and Alamy Ltd.

Date: 11/03/2022

/s/ Benjamin S. Halperin
*Attorney's signature*

Benjamin S. Halperin (5114673)
*Printed name and bar number*

Cowan, DeBaets, ABrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010
*Address*

bhalperin@cdas.com
*E-mail address*

(212) 974-7474
*Telephone number*

(212) 974-8474
*FAX number*