

| NEW YORK | | HANOI |
| LONDON | **FIRM and AFFILIATE OFFICES** | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | STEVEN M. COWLEY | BALTIMORE |
| WASHINGTON, DC | DIRECT DIAL: +1 857 488 4261 | WILMINGTON |
| SAN FRANCISCO | PERSONAL FAX: +1 857 401 3090 | MIAMI |
| SILICON VALLEY | *E-MAIL:* SMCowley@duanemorris.com | BOCA RATON |
| SAN DIEGO | | PITTSBURGH |
| LOS ANGELES | *www.duanemorris.com* | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

August 9, 2023

## <u>VIA BISCOM (FILE TRANSFER PROTOCOL)</u>

Nancy E. Wolff, Esq.
CeCe Cole, Esq.
Scott Sholder, Esq.
Cowan, Debates, Abrahams & Shepherd, L.L.P.
41 Madison Avenue
38th Floor
New York, NY 10010

> **Re:**   *<u>Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.</u>*, **18-cv-3260-PKC-RER**

Dear Counsel:

In connection with the above-referenced lawsuit, I have enclosed:

1.   Memorandum Of Law Of Michael Grecco Production, Inc. In Opposition To Motion For Summary Judgment Of Alamy Inc. And Alamy Ltd.;

2.   Plaintiff Michael Grecco Productions, Inc.'s Local Civil Rule 56.1(b) Response To Defendants' Statement Of Material Facts And Statement Of Additional Material Facts To Be Tried;

3.   Declaration Of Michael Grecco;

4.   Declaration Of Steven M. Cowley; and

5.   Objections To The Submission Of The Declaration Of James Allsworth And Portions Of The Declaration Of Nancy Wolff As Inadmissible For Consideration On Summary Judgment.

**DuaneMorris**

Sincerely,

*/s/ Steven M. Cowley,*

SMC:mar
Enclosures

cc:  Honorable Pamela K. Chen (via ECF without enclosures)