# EXHIBIT S

**From:** Billing <billing@alamy.com>
**To:** "enquiries@cavendishvenues.com" <enquiries@cavendishvenues.com>
**Subject:** Unauthorised usage - GEDHCF - https://www.cavendishvenues.co.uk/news/tag/meeting-venues-in-london/
**Date:** Fri, 9 Feb 2018 11:04:28 +0000 (GMT)
**Attachments:** TEMPINV424.pdf; GEDHCF.JPG
**Inline-Images:** GEDHCF(1).JPG

---

Hi

Im following up on my earlier email regarding image GEDHCF.

I have not received a response, or payment for the image used.

To prevent any further action such as:

 The matter may be referred to our Legal team to pursue in the Small Claims Court

 The matter may be referred to a collection agency

 We will hand the case back to the photographer who owns the copyright and they can pursue this through their own channels

Please get in touch to confirm you have the correct license or to pay the invoice. If you believe that a license is not required please let me have the full details.

Feel free to contact me if you have any questions.

Thanks,
Arunlal

Customer Service

--------------- Original Message ---------------
**From:** Billing [billing@alamy.com]
**Sent:** 17/1/2018 6:58 PM
**To:** enquiries@cavendishvenues.com
**Subject:** Unauthorised usage - GEDHCF - https://www.cavendishvenues.co.uk/news/tag/meeting-venues-in-london/

Hi

One of the photographers we represent has noticed their image being used by your company on your website:

https://www.cavendishvenues.co.uk/news/tag/meeting-venues-in-london/



A license is needed for this image use and according to our records we dont have one issued to your company.

ATTORNEYS' EYES ONLY

ALA000742

Ive attached an invoice and details of how to pay. Once youve paid the invoice you will have secured the necessary license.

The license you need is:

Image ID GEDHCF

Image use: Commercial electronic

Duration: up to 5 years

Country: Worldwide

Additional Details: Websites, apps, social media and blogs (excludes advertising). Worldwide for 5 years.

If you believe that a license is not required please let me have the full details.

Let me know if you have any questions.


Thanks,
Arunlal

Customer Service

ALA000743

**From:** Billing <billing@alamy.com>
**To:** "stewbac@hotmail.com" <stewbac@hotmail.com>
**Subject:** Unauthorised usage - BGGEYA- http://www.candogseat-this.com/the-poodle-where-did-that-hairstyle-come-from/
**Date:** Tue, 6 Feb 2018 11:03:04 +0000 (GMT)
**Attachments:** TEMPINV431.pdf; BGGEYA.jpg
**Inline-Images:** BGGEYA-.JPG

---

Hi

One of the photographers we represent has noticed their image being used by your company on your website:

http://www.candogseat-this.com/the-poodle-where-did-that-hairstyle-come-from/



A license is needed for this image use and according to our records we dont have one issued to your company.

Ive attached an invoice and details of how to pay. Once youve paid the invoice you will have secured the necessary license.

The license you need is:

Image ID BGGEYA

Image use: Commercial electronic

Duration: up to 5 years

Country: Worldwide

Additional Details: Websites, apps, social media and blogs (excludes advertising). Worldwide for 5 years.

If you believe that a license is not required please let me have the full details.

If youve purchased this image from another photo agency, or, if your ad and design agency or web designer has sourced this on your behalf, please provide a copy of the license from them.

Let me know if you have any questions.


Thanks,
Arunlal

Customer Service

ATTORNEYS' EYES ONLY                                                                    ALA000746

**From:** Billing <billing@alamy.com>

**To:** "info@litigationfinancejournal.com" <info@litigationfinancejournal.com>

**Subject:** Unauthorised usage - BKP937 - https://litigationfinancejournal.com/glaxosmithkline-case-informs-security-costs-litigation-funders-uk/

**Date:** Fri, 2 Feb 2018 09:53:19 +0000 (GMT)

**Attachments:** TEMPINV426.pdf; BKP937.jpg

**Inline-Images:** BKP937-.JPG

---

Hi

One of the photographers we represent has noticed their image being used by your company on your website:

https://litigationfinancejournal.com/glaxosmithkline-case-informs-security-costs-litigation-funders-uk/



A license is needed for this image use and according to our records we dont have one issued to your company.

Ive attached an invoice and details of how to pay. Once youve paid the invoice you will have secured the necessary license.

The license you need is:

Image ID BKP937

Image use: Commercial electronic

Duration: up to 5 years

Country: Worldwide

Additional Details: Websites, apps, social media and blogs (excludes advertising). Worldwide for 5 years.

If you believe that a license is not required please let me have the full details.

If youve purchased this image from another photo agency or, if your ad and design agency or web designer has sourced this on your behalf, please provide a copy of the license from them.

Let me know if you have any questions.

Thanks,
Arunlal

Customer Service

ATTORNEYS' EYES ONLY

ALA000749

**From:** Billing <billing@alamy.com>

**To:** "update@localdatacompany.com" <update@localdatacompany.com>, "sales@localdatacompany.com" <sales@localdatacompany.com>

**Subject:** Unauthorised usage - EA96CG - http://www.localdatacompany.com/poundworld-footfall-case-study

**Date:** Thu, 17 May 2018 08:47:16 +0000 (GMT)

**Attachments:** TEMPINV520.pdf; EA96CG.jpg

**Inline-Images:** EA96CG-.JPG

---

Hi

One of the photographers we represent has noticed their image being used by your company on your website:

http://www.localdatacompany.com/poundworld-footfall-case-study



A license is needed for this image use and according to our records we dont have one issued to your company.

Ive attached an invoice and details of how to pay. Once youve paid the invoice you will have secured the necessary license.

The license you need is:

Image ID EA96CG

Image use: Commercial electronic

Duration: up to 5 years

Country: Worldwide

Additional Details: Websites, apps, social media and blogs (excludes advertising). Worldwide for 5 years.

If you believe that a license is not required please let me have the full details.

If youve purchased this image from another photo agency, or, if your ad and design agency or web designer has sourced this on your behalf, please provide a copy of the license from them.

Let me know if you have any questions.


Thanks,
Arunlal

Customer Service

ATTORNEYS' EYES ONLY

ALA000917