# EXHIBIT Y



ALA004440

# Aims of the session

- Look at our current watermarks on our site and in Google

- Look at competitor watermarks on their site and in Google

- Agree next steps

ATTORNEYS' EYES ONLY

ALA004441

# Alamy - 2 watermark designs currently live



**Design 1 – search results**

- Visible on the search results page
- 'alamy stock photo' across the middle



**Design 2 – image page**

- Appears on the image page
- More of the image is visible
- Blue banner looks clean and neat

ATTORNEYS' EYES ONLY

ALA004442

# Alamy - Google search results

  

  

- Design 2 seems to appear most regularly in Google

- Clearly indicates it's an Alamy image

- Banner and text is really prominent

ATTORNEYS' EYES ONLY



*Competitor watermarks*

ATTORNEYS' EYES ONLY

ALA004444

# Shutterstock – watermark on their site



- Use this design on both their image and search results pages

- Very similar to Alamy search results – company name across middle with white diagonal lines

ATTORNEYS' EYES ONLY

ALA004445

# Shutterstock – Google results







**Design 1**

- Same watermark as on their site

- Not overpowering, more subtle than our watermark in Google

**Design 2**

- Appears in Google only at the moment, not on the site

- Vey similar to Alamy design 2

ATTORNEYS' EYES ONLY

ALA004446

# Getty Images – watermark on their site



- Subtle watermark

- The majority of the image is unaffected by the watermark

- Contributor info included in the watermark

ATTORNEYS' EYES ONLY

# Getty Images – Google search results



- Same watermark as on their site

- Watermark visible but not 'in your face' – more subtle than the Alamy's design in Google

- Clear it's a stock image

- Not immediately obvious which stock agency it is on portrait images

ATTORNEYS' EYES ONLY

ALA004448

# 123RF – watermark on their site



- Current watermark on website

- Similar to Shutterstock & Alamy search results

- Clear it's a watermark but not overly prominent

ATTORNEYS' EYES ONLY

# 123RF – Google search results



- 2 watermarks present in Google

- Current website watermark much more noticeable than the other

- No banner under images like Shutterstock and Alamy

- Clear it's a stock image but not overpowering

ATTORNEYS' EYES ONLY

ALA004450

# Dreamstime – watermark on their site



**Dreamstime image page**

- Only visible on Dreamstime image page
- Subtle, similar to Shutterstock & Alamy search results
- Info in top left about it being an RF image



**When you 'save as' from Dreamstime**

- Not as subtle as other watermarks
- Lines and symbols across the image
- Banner at the bottom isn't aesthetically pleasing

ATTORNEYS' EYES ONLY

ALA004451

# Dreamstime – Google search results



- 'Save as' watermark is visible in Google

- Clear it's a stock image and the bottom banner emphasises this

- If you know Dreamstime's brand colours it's obvious which stock agency it is

ATTORNEYS' EYES ONLY

ALA004452



Any questions?

ATTORNEYS' EYES ONLY

ALA004453