

September 11, 2023

**VIA EMAIL (SMCowley@duanemorris.com)**
Steven M. Cowley, Esq.
Duane Morris LLP
100 High Street, Suite 2400
Boston, Massachusetts 02110

Re: *Michael Grecco Productions, Inc. v. Alamy Inc. et al.*, No. 1:18-cv-03260 (PKC)(RER)

Dear Mr. Cowley,

On behalf of defendants Alamy Inc. and Alamy Ltd. (collectively, "Defendants") in the above-captioned matter, enclosed please find the following papers related to Defendants' Reply Brief in Support of their Motion for Summary Judgment:

- Defendants' Reply Memorandum of Law in Support of their Motion for Summary Judgment;
- Defendants' Counterstatement to Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1;
- Declaration of Nancy E. Wolff dated September 11, 2023 and exhibits annexed thereto;
- Defendants' Responses to Plaintiff's Objections to the Allsworth and Wolff Declarations; and
- Notice of Errata to the Declaration of James Allsworth in Support of Defendants' Motion for Summary Judgment and exhibits annexed thereto.

Sincerely,

/s/ Nancy E. Wolff

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Nancy E. Wolff
Scott J. Sholder
CeCe M. Cole
nwolff@cdas.com
ssholder@cdas.com
ccole@cdas.com
*Attorneys for Defendants*
*Alamy Inc. and Alamy Ltd.*

cc: Honorable Pamela K. Chen (via ECF without enclosures)
Counsel of Record (via email with enclosures)

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
38th Floor
New York, NY 10010

9454 Wilshire Blvd
Suite 901
Beverly Hills, CA 90212

cdas.com