NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



FIRM and AFFILIATE OFFICES

STEPHANIE LAMERCE
DIRECT DIAL: +1 212 404 8756
PERSONAL FAX: +1 212 202 5077
E-MAIL: SLamerce@duanemorris.com

www.duanemorris.com

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

**AUGUST 15, 2024**

VIA ECF

The Honorable Pamela K. Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room N631
Brooklyn New York 11201

    Re:    ***Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.***
             **No. 1:18-cv-3260-PKC-JAM**

Dear Judge Chen:

    On behalf of Plaintiff Michael Grecco Productions, Inc. ("MGPI"), I write in response to Your Honor's July 10, 2024 Order, which directed the parties to advise the Court by August 15, 2024, regarding any potential impact of the later-filed, related case *Michael Grecco Productions, Inc. v. Alamy Inc. et al*, 23-CV-8321 (PKC) (JAM) ("MGPI 2") on the pending motion for summary judgment in the current case once all defendants are served and discovery begins in the MGPI 2 case.

    There has been no change at this time in Plaintiff's position concerning the issues with determining whether all alleged "contributors" to whom the Alamy defendants attribute responsibility for the versions of the Copyrighted Works underlying MGPI's claims in the MGPI 2 case are actual entities and all the connections, if any, between the "contributors" identified in the MGPI 2 case and this case. Plaintiff has not yet served the discovery requests necessary to investigate those questions further. Currently, lead counsel for MGPI has been out of the office and unavailable due to an urgent family health issue. Lead counsel currently anticipates returning to the office next week and will act promptly at that point to serve the necessary discovery and work with counsel for the defendants to schedule the necessary depositions of the witnesses with knowledge.

                                                 Respectfully submitted,

                                                 /s/Stephanie Lamerce

                                                 Stephanie Lamerce



SL

cc: All Counsel of Record (*via ECF*)