

September 3, 2024

**VIA ECF**
Hon. Pamela K. Chen
United States District Court Eastern District of New York
225 Cadman Plaza East, Room N631
Brooklyn, New York 11201

    **Re:**    ***Michael Grecco Productions, Inc. v. Alamy Inc. and Alamy Ltd.***
            **Case No. 1:18-cv-3260-PKC-JAM**

Dear Judge Chen:

    The Alamy Defendants respectfully write in response to Your Honor's July 24, 2024 Order, which directed the parties to advise the Court regarding the potential impact, if any, of the related case *Michael Grecco Productions, Inc. v. Alamy Inc. et al*, 23-CV-8321 (PKC) (JAM) on the pending motion for summary judgment in the current case once all defendants are served and discovery begins in the related case.

    Discovery in the 2023 case remains in its early stages and nothing substantive has been exchanged. Regardless, Defendants maintain their position that the 2023 case does not impact the Court's ability to decide summary judgment in the instant matter.

    We appreciate the Court's time and attention to this matter.

                                              Respectfully submitted,

                                              /s/ Benjamin S. Halperin
                                              Benjamin S. Halperin

cc: All Counsel of Record (via ECF)

Cowan, DeBaets, Abrahams & Sheppard LLP

60 Broad Street
30th Floor
New York, NY 10004

8447 Wilshire Blvd
Suite 425
Beverly Hills, CA 90211

cdas.com