UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL GRECCO PRODUCTIONS, INC.,

    Plaintiff,

-against-

ALAMY INC. AND ALAMY LTD,

    Defendants.

Civil Action No.: 1:18-cv-03260 (PKC)(RER)

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiff and Defendants have reached a settlement in principle in the above-referenced case. The Parties are currently finalizing a settlement agreement and the Plaintiff requests that the Court stay all action on the pending motions and any litigation deadlines. The Parties anticipate filing a stipulation of dismissal within 45 days. Defendants have consented to this submission.

Dated: New York, New York
January 24, 2025

**DUANE MORRIS LLP**

By:   s/ Steven M. Cowley
     Steven M. Cowley (*pro hac vice*)
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: (857) 488-4261
Fax: (857) 401-3090
Email: smcowley@duanemorris.com

*Attorneys for Plaintiff Michael Grecco Productions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent out to those indicated as non-registered participants on this 24th day of January 2025.

                                            /s/ *Steven M. Cowley*
                                            Steven M. Cowley

DM2\20767620.1
DM2\20767620.2